## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ATD CORPORATION, *et al.*,[1] | Case No. 18-12221 (___) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION OF WILLIAM WILLIAMS,
### CHIEF FINANCIAL OFFICER OF ATD CORPORATION,
### IN SUPPORT OF THE CHAPTER 11 PETITIONS AND FIRST DAY MOTIONS

I, William Williams, hereby declare under penalty of perjury:

1.      I am the Executive Vice President and Chief Financial Officer for ATD Corporation and its eight affiliated debtors and debtors in possession (collectively, the "Debtors" and, together with their non-Debtor affiliates, "ATD") and have served in this role since 2017. ATD is a privately held company that operates under the laws of Delaware and a debtor and debtor in possession in the above-captioned cases along with eight of its direct and indirect subsidiaries as debtors and debtors in possession.

2.      I have over ten years' experience serving as a chief financial officer.  I received an MBA from the University of Chicago, Booth Graduate School of Business, a bachelor's degree in accounting from Northern Illinois University, and a juris doctor degree from DePaul University.  My professional experience involves serving as a senior executive and strategic partner in finance, management consulting, and operations at Fortune 500 companies.  As

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, include:  ATD Corporation (3683); Accelerate Holdings Corp. (0528); American Tire Distributors Holdings, Inc. (6143); American Tire Distributors, Inc. (4594); Rubbr Automotive Services, LLC (3334); The Hercules Tire & Rubber Company (3365); Terry's Tire Town Holdings, Inc. (7464); Tire Pros Francorp (1361); and Hercules Asia Pacific, LLC (2499).  The location of the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Suite 150, Huntersville, North Carolina 28078.

Executive Vice President and Chief Financial Officer for ATD, I am generally familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records.

3.　　Each of the Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), with the United States Bankruptcy Court for the District of Delaware (the "Court") on October 4, 2018. To minimize the adverse effects on their business, the Debtors have filed motions and pleadings seeking various types of "first day" relief (collectively, the "First Day Motions"). I submit this declaration to assist the Court and parties in interest in understanding the circumstances compelling the commencement of these chapter 11 cases and in support of the Debtors' chapter 11 petitions and First Day Motions filed contemporaneously herewith.

4.　　Except as otherwise indicated herein, all facts set forth in this declaration are based upon my personal knowledge, information obtained from the Debtors' management team and advisors, including the AlixPartners' team working under my supervision, my review of relevant documents and information concerning the Debtors' operations, financial affairs, and restructuring initiatives, or my opinions based on my experience and knowledge. I am over the age of 18 and authorized to submit this declaration on behalf of the Debtors. If called upon to testify, I could and would testify competently to the facts set forth in this Declaration.

## Preliminary Statement

5.　　The Debtors commence these chapter 11 cases to reduce their prepetition debt by over $1 billion, deleverage their balance sheet, and obtain additional liquidity. This restructuring has the support of approximately 75% of the unsecured noteholders and will result in substantially all other creditors, including the Debtors' asset-based revolving credit facility lenders and vendors, remaining unimpaired provided that vendors return to the trade terms in place on March 31, 2018. A debtor-in-possession financing facility will allow continued access

to the prepetition revolver and provide approximately $200 million in additional liquidity, with such additional liquidity to be funded by the supporting noteholders.  The restructuring, which was necessitated by fundamental changes in the replacement tire distribution industry, will right-size the Debtors' balance sheet and allow ATD to continue to provide its customers with the most connected and insightful automotive solutions in the industry.

6.    ATD is the largest replacement tire distributor in North America based on dollar amount of wholesale sales and number of warehouses.  As a leader in the replacement tire industry, its digitally-enabled distribution network drives same-day delivery to more than 80,000 customers throughout North America, thus allowing ATD to provide such customers with the tread and resources needed for the road that lies ahead.  ATD offers the broadest variety of products and value-added services that range from premium-quality tires and popular custom wheels to business support services and online platforms that cater to tire retailers and their potential customers.  This requires ATD to maintain a comprehensive portfolio of tires, tire supplies and tools, and wheels and accessories, among other things.  ATD has its own proprietary private-label and exclusive tire brands, such as Hercules® and Ironman®, to supplement its supply of industry-leading brand-name tires, including Continental®, Michelin®, Pirelli®, Cooper®, Nexen®, Toyo-Nitto®, Hankook®, Kumho®, and Falken® among others.

7.    The ATD enterprise that stretches throughout North America today started out as a small, local tire store known as Heafner Tire in Lincolnton, North Carolina, in 1935.  It has grown to 122 distribution and mixing centers across the United States and 24 such centers throughout Canada, which currently operate under the names American Tire Distributors and National Tire Distributors, respectively.  As described in further detail in this Declaration, the Debtors have insulated National Tire Distributors from these proceedings.  Accordingly,

National Tire Distributors and ATD's other Canadian subsidiaries are not Debtors in these chapter 11 cases.

8.     ATD achieved its market position through a growth-by-acquisition strategy and by recognizing that time was of the essence whenever a customer placed an order.  Accordingly, over several decades, the company has (a) implemented comprehensive inventory management systems to efficiently track orders and optimize shipping routes, (b) established a delivery fleet containing approximately 1,500 trucks to allow for same- and next-day delivery, and (c) acquired about 9,000 installers to cater to its customers' needs.  These steps, among others, have allowed the Company to achieve a diverse customer base consisting of over 80,000 tire retailers, mass merchandisers, and automotive dealerships, among others.

9.     Recent trends toward disintermediation and online retail shopping, however, have disrupted the replacement tire industry.  Specifically, independent tire manufacturers have formed several joint venture partnerships to distribute their own products directly to tire retailers.  Most crucially, on April 16, 2018, Goodyear Tire & Rubber Company ("Goodyear") and Bridgestone Americas, Inc. ("Bridgestone") announced the formation of TireHub, LLC ("Tirehub"), a joint venture intended to supply product from two of the largest tire manufacturers in the United States.  Concurrently with this announcement, Goodyear notified ATD that it would no longer use ATD as a distributor going forward.  Bridgestone made a similar announcement on June 27, 2018.  The Goodyear and Bridgestone joint venture came in the midst of Amazon and Sears announcing that they reached a deal to provide consumers with the ability to purchase replacement tires online and have them installed at a Sears store location.  These developments, among others, have increased competition in the industry, thus creating market share and pricing power concerns among existing replacement tire distributors.

10.     ATD recognized the effect that the disintermediation risk and other market forces could have on future earnings absent implementing a strategic path forward.  As such, it has been proactive in developing measures to maintain its market position and improve performance in the rapidly changing tire replacement market.  In particular, ATD has prioritized near- and long-term initiatives aimed at consolidating distribution centers and investing in a state-of-the-art delivery platform as well as reducing costs.

11.     At the same time, ATD commenced a process to explore deleveraging transactions.  In connection with these efforts, in April 2018, the Debtors retained Kirkland & Ellis LLP ("K&E"), as legal counsel, and consulted Moelis & Company LLC ("Moelis"), as investment banker and financial advisor, to assist in the process.  The Debtors later retained Moelis as their exclusive investment banker and AlixPartners as their restructuring advisor.

12.     At the outset of this process, the Debtors entered into negotiations with an ad hoc group of their noteholders regarding a transaction that would convert the Debtors' $1.05 billion in senior subordinated notes to equity.  Extensive negotiations among the Debtors, the noteholders, and the Debtors' existing equity owners eventually led to the parties reaching an agreement in principle regarding a transaction in which the notes would be exchanged for 95% of the reorganized ATD equity.  The existing equity holders would retain the remaining 5% of equity, plus warrants for additional equity if values increase.  Throughout this process, the Debtors also engaged in negotiations with an ad hoc group of their term loan lenders regarding a maturity extension of the Debtors' term loan facility.  However, due to the excessive value that the ad hoc term lenders were seeking in exchange for their support of the restructuring, the Debtors were unable to reach an agreement with the ad hoc term lenders prior to commencing these chapter 11 cases.  The Debtors are committed to continuing to engage with the ad hoc term

lenders to continue to build consensus around the restructuring transaction and, failing reaching such agreement, intend to reinstate the existing term loan.

13.    The Debtors also commenced a solicitation process to obtain postpetition financing proposals once the agreement in principle was reached.  After receiving and evaluating financing proposals from both existing creditors and potential third-party lenders, the Debtors ultimately determined that a combined proposal from their current revolving lenders and noteholders was the best financing proposal.  The proposed financing allows the Debtors to continue to access their $980 million revolving credit facility throughout these chapter 11 cases. Additionally, members of the ad hoc noteholder group will provide an additional $250 million in new-money financing (including approximately $200 million of incremental liquidity for the company) through a first-in, last-out tranche of the same facility.

14.    Now is when the rubber meets the road.  The Debtors have commenced these chapter 11 cases having secured debtor-in-possession financing and support from key stakeholders.  This support will facilitate the Debtors' efforts to right-size their balance sheet while continuing to help their customers thrive and drive into the future.

15.    To familiarize the Court with the Debtors, their business, the circumstances leading to these chapter 11 cases, and the relief the Debtors are seeking in the First Day Motions, I have organized this declaration into five sections:

- **Part I** provides an overview of the replacement tire industry and background information on the Debtors' corporate history and operations.[2]

- **Part II** offers detailed information on the Debtors' prepetition capital structure.

---

[2]    Many of the financial figures presented in this declaration are unaudited and potentially subject to change but reflect the Debtors' most recent review of their business.  The Debtors reserve all rights to revise and supplement the figures presented herein.

- **Part III** describes the circumstances leading to the filing of these chapter 11 cases.

- **Part IV** describes the proposed debtor-in-possession financing and the Debtors' restructuring support agreement.

- **Part V** and **Exhibit A** summarize the relief requested in and the legal and factual basis that support the First Day Motions.

### Discussion

## I.    The Company's History

16.    ATD has its origin in Heafner Tire, a single tire mold recapper and gas station in Lincolnton, North Carolina, founded by James H. Heafner in 1935.  Over the next 80 years, Heafner Tire has grown from these small-town origins to become the nation's leading international tire and service distributor through implementing a strategic growth-by-acquisition business model.  Specifically, in 1985, 1991, and 1997, several major tire companies—Beach Tire Mart, Commonwealth Tire, and Oliver & Winston, respectively—were brought under the Heafner Tire brand, adding over 135 locations across the southeast.  Over the following two decades, it acquired and integrated over 23 different companies, transforming Heafner Tire into a truly national enterprise.  In 2002, Heafner Tire changed its name to American Tire Distributors to reflect this transformation.

17.    Soon thereafter, ATD became an international enterprise when it acquired Regional Tire Distributors and formed National Tire Distributors in 2013, which is currently headquartered in Burlington, Ontario, and operates throughout Canada.  This transaction, among others, catapulted the company into a North American powerhouse.  As of the date of this Declaration, ATD has distribution and mixing centers, warehouses, and administrative offices in 44 states in the United States and approximately 9 provinces across Canada.  A detailed corporate organizational chart is attached hereto as **Exhibit B**.



ATD Distribution Center

18.    ATD was primarily a family-owned and operated business from its founding until a majority stake in the business was sold to a private equity firm in 1999.  After a series of corporate transactions, TPG Capital, L.P. ("TPG"), a private equity and venture capital firm, and certain co-investors purchased approximately a 93% interest in the company in May 2010, as described in further detail below in section I.B.  In 2014, ATD filed initial paperwork for an initial public offering, but this process was halted when TPG sold approximately 46% of its interest to Ares Management, L.P. ("Ares") and certain co-investors in February 2015.

**A.    Business Operations**

19.    The Debtors and their non-Debtor affiliates operate the largest distribution network of replacement tires across North America based on dollar amount of wholesale sales and number of warehouses and provides over 80,000 customers with approximately 70,000 types of stock-keeping units (SKUs) consisting of tires, tire supplies and tools, and custom wheels and accessories, among other products.  The Debtors' vast product offering, distribution and inventory management system, sales force and marketing services, and ability to cater to a broad

customer base gives them a competitive edge over other smaller and regionally-focused replacement tire distributors.

### 1.       Products and Value-Added Services

20.       ATD has a comprehensive portfolio of products that allows it to penetrate the replacement tire market across a broad range of price points.  During 2017, tire sales accounted for 97% of ATD's net sales with passenger and light truck tire sales accounting for 85% of this amount and tire supplies and tools, and custom wheels and accessories accounting for the remaining 3% of net sales.  As such, the bulk of the Debtors' product sales are derived from the tires that the Debtors either produce or acquire through suppliers.  Specifically, the Debtors obtain their inventory from seven of the top ten leading passenger and light truck tire brands in the United States and produce the number one private brand, Hercules®, in North America in 2017 based on unit sales.

21.       *Flag Brands*.  The bulk of the Debtors' revenue is derived through selling replacement tires from the world's leading tire manufacturers.  These manufacturers are known as flag brands because they usually have the greatest brand recognition.  In the United States, the flag brands sold include Continental®, Michelin®, Cooper®, Kumho®, Nexen®, Pirelli®, Toyo-Nitto®, Hankook®, Kumho®, and Falken®.  In addition to these brands, National Tire Distributors—which is not a debtor in these chapter 11 cases—continues to provide Bridgestone®, Firestone®, and Yokohama® tires to customers in Canada.  Such products are regarded as premium-quality in the market and command premium pricing as a result.  Manufacturers of flag brands generally provide marketing support for their products.  This, in addition to these brands' popularity and premium price points, has led to ATD generating stronger sales and higher per-tire profits for such brands relative to other associate or proprietary brands.

22.    ***Associate Brands***.   The Debtors also provide products from well-known tire manufacturers that are lower-priced and sold under different brand names.  These brands tend to be attractive to customers, as they are sometimes tied to manufacturer-specific incentive programs.  Such associate brands include Fuzion®, General®, Uniroyal®, and BFGoodrich®.

23.    ***Proprietary and Exclusive Brands***.   Proprietary brands are those which ATD produces, owns, and markets while exclusive brands are lower-priced brands developed by third-party manufacturers exclusively for ATD.  In both scenarios, the Debtors hold or control the trademark to such brands.  Proprietary and exclusive brands serve as products for entry-level pricing, which allows the Debtors to provide its retail partners with quality products to capture cost-conscious consumers in the market.  The Debtors acquired the Hercules Tire & Rubber Company ("Hercules") in 2014.  Hercules® provides a full line of tires for passenger cars and light and medium trucks and is the best-selling private label tire brand in the United States.  Exclusive brands include Capitol® and Ironman® brands.



24.    ***Other Products***.  The Debtors also sell aftermarket custom wheels and accessories and related tire supplies and tools, directly complementing the tire products because many customers purchase tires when purchasing custom wheels.  The Debtors offer over twenty-five

different wheel brands and installation and service accessories, including proprietary brands such as ICW Racing®, Pacer®, Drifz®, Cruiser Alloy®, and O.E. Performance®.  These brands represent one of the most comprehensive portfolios of wheel brands and style collections in the industry.



25.     Customers can also obtain tire supplies and tools from ATD, which allows it to offer a well-rounded product line.  Specifically, such products broaden ATD's portfolio and leverage its customer relationships.  The tire supplies and tools that are offered tend to be the most popular brand names from leading manufacturers.

26.     ***Value-Added Services***.  The Debtors have developed an array of resources that enable customers to operate their businesses more profitably and better serve their respective markets.  These services range from access to and timely delivery of the broadest product offerings available in the industry to fundamental business support services, which include administering tire manufacturer affiliate programs, credit, training, and access to consumer analytics.  Customers in the United States also have access to ATDOnline®, which is a 24/7 proprietary business-to-business online portal that showcases the Debtors' extensive product offerings.

27.     Additionally, the Debtors operate TireBuyer.com®, which allows their independent tire retailer partners in the United States to serve consumers that choose to make

purchases on the Internet.  TireBuyer.com® allows independent tire retailers to reach consumers that would not otherwise be accessible to them because of their limited marketing platforms.



28.    Tire Pros® is a franchise program through which qualified tire retailers in the United States can receive advertising and marketing support.  Additionally, local participants in the program can receive the benefits of a national brand identity with minimal investment while still maintaining their local characteristics.  The Debtors are able to increase volume penetration among and further aligning itself with their franchisees in the process.  As such, the Debtors' value-added services improve their ability to integrate their infrastructure with their customers' operations and enable them to maintain high rates of customer retention and build strong customer loyalty.



2.    **Distribution System and Inventory Management and Routing Technology**

29.    The Debtors have implemented a comprehensive distribution system to deliver products from a wide variety of tire manufacturers to tire retail customers across North America. In recent years, some manufacturers have reduced the number of retailers they service directly

while tire retailers have reduced the amount of inventory held at one time even though the depth and breadth of replacement SKUs have continued to expand.  Consequently, the Debtors' distribution network has been a critical link between these tire manufacturers and tire retailers, as such manufacturers and retailers look for distribution services to efficiently and expeditiously facilitate their operational needs.

30.    The Debtors strive to meet these expectations through their comprehensive distribution system that integrates their vast distribution network with their inventory management and routing technology.  Specifically, the Debtors have approximately 1,500 delivery vehicles servicing more than 122 distribution centers across 44 states in the United States.  At certain distribution centers, the Debtors maintain sophisticated bin locator systems, material handling equipment, and routing software that link customer orders to the present inventory and delivery routes.

31.    ATDOnline® captures orders through its online portal and allows the Debtors to both process and print orders automatically at the appropriate distribution center within a few minutes from the time that such order was entered.  This enhances the Debtors' ability to ship orders expeditiously and efficiently, all while providing solutions for logistics management, distribution, and installation services.  The Debtors' distribution system is seamlessly integrated with ATDOnline®, with 73% of the Debtors' orders being placed electronically.  Oracle ERP® provides a scalable platform for the Debtors' warehouse and truck management systems, thus supporting future growth and furthering cost reduction initiatives.



32.    The Debtors maintain inventory levels that are adequate to fulfill most customer orders on a same or next day basis.  ATD's inventory levels are determined based on sales data derived from distribution centers (on a combined basis, an individual basis, or by geographic region), demand forecasts, as well as from vendors that supply the distribution centers and retail customer stores.  All distribution centers stock a base inventory, have access to a broader hub and spoke network for inventory, and may expand beyond preset inventory levels as deemed appropriate by an executive sales and operations planning committee.  Computer systems monitor inventory levels for all stock items and quantities are re-balanced from center-to-center to both maximize availability and inventory turns.

### 3.    Customer Base

33.    ATD's customer base includes over 80,000 customers across North America. These customers are highly diversified but generally fall within the following categories: (a) local, regional, and national independent tire retailers; (b) mass merchandisers; (c) warehouse clubs; (d) tire manufacturer-owned stores; (e) automotive dealerships; and (f) web-based marketers.  Of these categories, independent tire retailers are the largest.  Independent retailers accounted for approximately 65% of ATD's net sales in 2017.  The Debtors have significant market presence with each category of customer and, thus, believe that they are the only replacement tire distributor in North America that services each of these key market channels.



4.    **Business Development Strategies**

34.    ***Marketing Initiatives***.    The Debtors have implemented various marketing strategies that are designed to drive growth through customer service.  Such strategies add significant value to the Debtors' customers, thus promoting retention and loyalty to the brand. One such marketing initiative that the Debtors employ involves assisting manufacturers in administering and managing certain manufacturer-run programs designed for tire retailers that sell the respective manufacturer's products.  These programs provide cooperative advertising funds, volume discounts, and other incentives for participating tire retailers, which provides them with significant value.  Such programs include Continental's Gold®, Kumho's Fuel®, Michelin's Alliance®, and Cooper's Medallion®.

35.    ***Sales Force***.    The Debtors have a structured sales organization intended to both serve its existing customers and develop new prospective customers.  This sales force is made up of two components:    (a) customer service representatives in each region that the Debtors' distribution networks service and (b) a sales administrative team that is centrally located at the

field support center in Huntersville, North Carolina.  The Debtors' salespeople and customer service representatives play a key consultative role to tire retailers in light of tire manufacturers reducing their own sales teams that used to serve in such roles to tire retailers.

36.     Moreover, the sales force is continuously seeking to acquire new customers, including automotive dealerships.  Microeconomic trends show that automotive dealerships are focused on growing their service business in an effort to expand profitability, which might include improving their replacement tire capabilities.  Between 1990 and 2017, United States automotive dealerships have enjoyed a large increase in market share according to *Modern Tire Dealer*, moving from 1.0% of the United States replacement tire market to 9.0% of the market.  Over the past few years, ATD has steadily trained and deployed sales personnel to help build sales for these accounts.  It has also continued to invest and focus resources towards strengthening and expanding its relationships with the automobile manufacturers, which will further grow ATD's share of tire sales to their dealerships.

### 5.     Sourcing and Procurement Methods

37.     The core of the Debtors' business is providing replacement tires from leading brands such as Michelin®, Continental®, Pirelli®, Cooper®, Nexen®, Toyo-Nitto®, Hankook®, Kumho®, and Falken®.  The replacement tire market is dominated by a small number of leading manufacturers: in 2016, the top 10 manufacturers sold 70% of all passenger replacement tires in the United States.  Accordingly, the vast majority of the Debtors' tire inventory is sourced from 11 manufacturers, in addition to the Debtors' proprietary Hercules® tires.[3]  Hercules® tires are sourced from manufacturers in China and other countries in the Asia-Pacific region.  Furthermore, the Debtors utilize a number of worldwide manufacturers of wheels and other

---

[3]     Those manufacturers are Goodyear, Michelin, Bridgestone, Continental, Hankook, Cooper, Pirelli, Falken, Nexen, Toyo-Nitto, and Kumho.

automotive products that offer inventory suitable for the Debtors' needs.  Most of the wheels purchased are proprietary brands and are produced by a variety of manufacturers.  The Debtors maintain an integrated supply chain aimed at ensuring the uninterrupted flow of merchandise to their distribution centers.  Purchases are made pursuant to oral arrangements or written agreements that are renegotiated annually and can be terminated on short notice.  The Debtors do not have long-term supply agreements with any leading tire manufacturers.

**B.    Prepetition Transactions**

**1.    TPG Acquisition**

38.    On April 20, 2010, American Tire Distributors Holdings, Inc. ("Holdings") entered into an Agreement and Plan of Merger (the "Agreement") with Accelerate Holdings Corp. (the "Buyer"), a Delaware corporation that TPG controls, Accelerate Acquisition Corp., a Delaware corporation and the Buyer's wholly owned subsidiary, and another entity that served as a representative for Holdings' stockholders, option holders, and warrant holders.  Under that agreement, TPG paid approximately $1.3 billion under the Agreement for approximately 93% of Holdings' outstanding shares.  The board of directors of Holdings reviewed and unanimously approved the Agreement as fair to and in the best interest of the company and its stakeholders.

**2.    Ares Transaction**

39.    In February 2015, TPG sold approximately half of its equity stake in Holdings to Ares and certain co-investors for $620 million (the "Ares Transaction").  As a result, TPG and Ares currently own an equal share of the Debtors, with the remaining 6% belonging to management and other parties.  Further details regarding the debt transaction, including the dividend payment to TPG, among others, are included in Section II.B entitled "Senior Subordinated Notes."

### 3. Hercules Acquisition

40.    ATD acquired Hercules Tire Holdings LLC pursuant to an Agreement and Plan of Merger, dated January 24, 2014.  This transaction resulted in ATD owning all of the capital stock in Hercules—a company engaged in the business of purchasing, marketing, distributing, and selling replacement tires for passenger cars, trucks, and certain off road vehicles to tire dealers, wholesale distributors, retail distributors, and others in the United States, Canada, and other countries.  Hercules operated fifteen distribution centers in the United States, six distribution centers in Canada, and one warehouse in northern China.

41.    The acquisition strengthened ATD's presence in major markets such as California, Texas, and Florida and increased ATD's presence in Canada.  Additionally, Hercules' strong logistics and sourcing capabilities as well as long-standing presence in China has allowed ATD to capitalize on the growing import market.  As such, international sales of the Hercules brand have increased.

### C. The Company's Opportunities for Growth

42.    Historically, the replacement tire industry has experienced growth and favorable pricing dynamics that have benefitted ATD.  Annual sales in 2017 for the replacement tire market in the United States was approximately $39.6 billion, with passenger tires, medium truck tires, and light truck tires accounting for 64.1%, 17.2%, and 13.1% of such sales, respectively. The Canadian replacement tire sales was approximately $4.0 billion in 2015.  Additionally, the replacement tire unit shipments increased an average of approximately 3% per year from 1955 through 2017 in the United States.

43.    Although such shipments remained flat for ATD in 2017 relative to 2016, ATD believes that increases in the number and average age of passenger cars and light trucks on the roads in North America, the number of miles driven, and the number of replacement tire SKUs,

among other factors, will lead to continued long-term growth in the industry.  In addition, a long-term trend in the replacement tire industry away from large tire manufacturers such as Goodyear and Bridgestone towards historically smaller overseas manufacturers has positioned ATD to grow with all go-forward manufacturing partners.  As such, ATD is laser-focused on improving existing operations in key market channels, expanding its proprietary products, and optimizing its distribution networks.

### 1.    Strategic Partnerships

44.    Although the loss of Goodyear and Bridgestone as manufacturing partners in the United States undoubtedly has had a negative effect on the Debtors' short-term sales, the transition away from Goodyear and Bridgestone also presents the Debtors with unique opportunities for growth.  As discussed above, since 2010, Goodyear, Bridgestone, and other large manufacturers have lost market share in the replacement tire market.  Competitors to Bridgestone and Goodyear see this as an opportunity for growth in a traditionally slow-growth market, and ATD is well-positioned to provide their partners avenues to realize growth targets.  To that end, ATD has created new relationship managers for targeted vendors and customers to help increase sales and strengthen and expand ATD's relationships with retailers.  In addition, ATD has rolled out initiatives with key tire retailers, rental companies, and automotive aftermarket retailers to enhance sales of Goodyear's and Bridgestone's competitors in order to replace anticipated volume losses to TireHub.

### 2.    Private Brand Expansion

45.    ATD's growth efforts will create an opportunity for ATD to both continue to expand product availability and increase the market share that its proprietary brands currently occupy.  Specifically, TireBuyer.com was re-launched on a newer, faster, and more flexible platform in 2012.  This has enhanced the overall consumer experience and resulted in increased

traffic to the site. The Tire Pros franchise program also enables the Company to deliver advertising and marketing support to tire retailers operating as Tire Pros franchisees. ATD has been focused on continuing to upgrade and improve the Tire Pros franchise program and seek opportunities to develop similar opportunities for its customers in the future. It is ATD's belief these enhancements, combined with other initiatives, will continue to provide ATD with significant growth opportunities.

### 3.    Increasing Distribution Efficiency

46.    ATD has invested in its inventory and warehouse management systems and logistics technology to improve efficiency, profit margins, and customer service. For example, the Oracle ERP platform was only available in the United States until its implementation was completed in Canada in February 2017. ATD is seeking to further integrate new technical solutions and enhance its existing information technology infrastructure. As such, ATD has evaluated and incorporated handheld scanning for receiving, picking, and delivering product to customers in addition to customized electronic solutions and POS systems integration for larger customers. Accordingly, its continuous effort to make improvements to the current distribution infrastructure and inventory management and routing technology should provide a competitive advantage in the replacement tire distribution industry.

## II.    The Debtors' Prepetition Capital Structure

47.    As set forth on the structure chart attached hereto as **Exhibit B**, ATD Corporation currently owns, directly or indirectly, each of ATD's sixteen subsidiaries. Of the wholly-owned entities, six entities are obligated on portions of the Debtors' prepetition funded debt. As of the Petition Date, the Debtors have approximately $2,568 million in total funded debt obligations, consisting of approximately $639f million under the senior secured asset-based revolving credit facility (the "ABL Facility"); $695 million in aggregate principal amount

outstanding under the Debtors' senior secured term loan (the "Term Loan Facility"); and $1,050 million in aggregate principal amount of the senior subordinated notes (the "Subordinated Notes").

48.    The following table depicts the Company's prepetition capital structure:

| Funded Debt | Maturity | Outstanding Principal Amount as of 10/3/18 |
|---|---|---|
| Secured Debt | | |
| U.S. ABL Revolver | April 2020 | $639 million |
| U.S. FILO | April 2020 | $57 million |
| Canadian ABL Revolver | April 2020 | $113 million |
| Canadian FILO | April 2020 | $14 million |
| Term Loan | September 2021 | $695 million |
| | Total Secured Debt | $1,518 million |
| Unsecured Debt | | |
| Senior Subordinated Noted | March 2022 | $1,050 million |
| | Total Funded Debt | $2,568 million |

## A.    Secured Debt Obligations

### 1.    The ABL/FILO Facility

49.    American Tire Distributors, Inc. ("ATDI") and Hercules, as borrowers, and American Tire Distributors Holdings, Inc. ("Holdings"), as guarantor, and Bank of America, N.A., as administrative agent and collateral agent, ("ABL Agent") are parties to an amended and restated credit agreement, dated April 21, 2015 (as amended pursuant to the First Amendment thereto dated as of September 23, 2015, the Second Amendment thereto dated as of January 19, 2016, the Third Amendment thereto dated as of February 10, 2017, and the Fourth Amendment thereto dated as of September 4, 2018, and as at any time further as amended, restated,

supplemented, or otherwise modified from time to time, the "ABL Credit Agreement").  This agreement allows the business in the United States to access approximately $917.5 million in revolving credit commitments, including about $80 million to be used as letters of credit (the "ABL Facility").  In addition, the ABL Credit Agreement includes approximately $80 million outstanding under a first-in, last-out facility, which serves as a junior term-loan tranche within the same facility (the "FILO Facility" and, collectively with the ABL Facility, the "ABL/FILO Facilities").  The maturity date on the ABL/FILO Facilities is April 20, 2020.  The U.S. entities' eligible receivables and inventory serve as the collateral and borrowing base for the ABL/FILO Facilities.

50.    As of the Petition Date, approximately $639 million remains outstanding under the ABL Facility and about $71 million is outstanding in letters of credit, leaving around $14 million available for additional borrowings under the ABL Facility.  Additionally, approximately $57 million is outstanding under the FILO Facility.

## 2.    Term Loan Credit Facility

51.    ATDI, as borrower, Holdings, Hercules, and Terry's Tire Town Holdings, Inc. ("Tire Town"), as guarantors, and Bank of America N.A., as administrative agent ("Term Loan Agent"), entered into a term loan agreement dated March 28, 2014 (the "Term Loan Facility") (as amended by that certain Incremental Amendment No. 1, dated as of June 16, 2014, that certain Amendment No. 2, dated as of February 25, 2015 and that certain Amendment No. 3, dated as of April 1, 2015, and as further amended, restated, supplemented, or otherwise modified from time to time, the "Term Loan Agreement").  Substantially all U.S. assets other than the assets securing the ABL Facility serve as collateral for the Term Loan Facility.  In addition, the Term Loan Facility is secured by a junior lien on U.S. receivables.  The maturity date for the

Term Loan Facility is September 1, 2021.  As of the Petition Date, approximately $695 million in aggregate principal amount remained outstanding under the Term Loan Facility.

### 3.    Intercreditor Agreement

52.    ATDI entered into a lien subordination and intercreditor agreement dated May 28, 2010, (the "Intercreditor Agreement") among ATDI, ABL Agent, and The Bank of New York Mellon Trust Company, N.A. (formerly, the collateral agent and trustee for the noteholders under the indenture governing certain senior secured notes due 2017).  Subsequently, the Term Loan Agent became the replacement noteholder collateral agent. The Intercreditor Agreement sets forth the agreements between ABL Agent and Term Loan Agent with respect to the priority of liens in the collateral securing the U.S. ABL/FILO Facilities and the Term Loan Facility and the respective rights and remedies of the various lenders.

### 4.    Canadian Facilities

53.    I have analyzed the Debtors' credit facilities and determined in coordination with other members of ATD's management team and advisors that the Canadian entities should not be debtors in these chapter 11 cases as of the date hereof.  The various considerations that led to this decision include that the Debtors will save significant costs that are associated with administering foreign entities in chapter 11 and that the Canadian asset-based revolving facility and first-in, last-out facility (the "Canadian ABL/FILO") are separate from the U.S. tranche of the ABL/FILO Facilities.  Specifically, the Debtors and the ABL Agent have consented to the Canadian ABL/FILO being rolled into the DIP Facility and amended and restated as new ABL/FILO loans under the terms of the DIP agreement (the "DIP Credit Agreement").  The Debtors have also entered into an agreement with the Canadian entities to provide for IT services and procurement and treasury support, among other services.  The Debtors have requested relief to continue this shared services arrangement in the Cash Management Motion (as defined in

Exhibit A to this declaration).  For these reasons, it is in the best interest of the company's stakeholders and operations that the Canadian entities are not debtors in these chapter 11 cases.

**B.      Unsecured Debt Obligations**

**1.      Senior Subordinated Notes**

54.      In connection with the Ares Transaction, on February 25, 2015, ATD Finance Corp., an ATDI wholly-owned subsidiary and non-debtor in these chapter 11 cases, issued $855 million in aggregate principal of 10.25% senior subordinated notes due 2022 (the "Initial 10.25% Subordinated Notes").  The net proceeds were used to redeem all of ATDI's outstanding 11.5% senior subordinated notes due 2018, pay a cash dividend to enable the ultimate parent company to fund a cash dividend or other payment to certain of its existing security holders prior to the Ares Transaction, and pay related fees and expenses as well as to pay down the ABL Facility.  Concurrently with the closing of the Ares Transaction, ATDI assumed all of ATD Finance Corp.'s obligations under the Initial 10.25% Subordinated Notes.

55.      Additionally, the Debtors acquired Albert Tire, LLC in June 2015 as part of its growth-by-acquisition strategy, which resulted in ATDI issuing an additional $75 million in the aggregate principal amount of its 10.25% senior subordinated notes due 2022 (the "Additional 10.25% Subordinated Notes") on June 30, 2015.  The Additional 10.25% Subordinated Notes were issued at a premium from their principal amount at maturity and generated approximately $76.1 million in net proceeds.

56.      On March 30, 2017, ATDI issued an additional $120 million in aggregate principal amount of its 10.25% senior subordinated notes due 2022 (the "New 10.25% Subordinated Notes" and, collectively with the Initial 10.25% Subordinated Notes and the Additional 10.25% Subordinated Notes, the "Senior Subordinated Notes").  ATDI used the proceeds to repay indebtedness outstanding under its ABL Facility and related fees and expenses.

Holdings and substantially all of ADTI's existing and future wholly-owned domestic subsidiaries, other than Tire Pros Francorp, guarantee the Senior Subordinated Notes, all of which have identical terms.  The Senior Subordinated Notes will mature on March 1, 2022.

### 2.    Capital Lease Obligations

57.    During the fiscal year ending January 2, 2016, ATD entered into a lease agreement for a 1,000,000 square foot redistribution center building in Shafter, California.  The lease has a 20-year term with two five-year renewal options.

58.    In addition, in 2002, the Debtors completed an agreement for the sale and leaseback of three facilities owned by the Debtors.  On February 1, 2012, the Debtors reacquired one of the three facilities included in the 2002 sale-leaseback transaction for approximately $1.5 million.  Accordingly, the original lease was amended to extend the lease term on the two remaining facilities an additional five years as well as to adjust the future lease payments over the remaining 15 years.  At the end of the lease term, the Debtors will recognize the sale of the remaining facilities; however, no gain or loss will be recognized as the financing obligation will equal the expected carrying value of the facilities.  As of the Petition Date, the outstanding balance of the financing obligation is $[60] million.

### III.    Circumstances Leading Up to the Restructuring and Prepetition Restructuring Efforts

59.    A confluence of factors contributed to the Debtors' need to commence these chapter 11 cases.  Specifically, these considerations include the recent disintermediation risk that has resulted from, among other things, TireHub's formation, the decrease in sales due to tightened trade credit terms over concerns about the Debtors' financial stability, and the impact that ratings agency downgrades has had on the availability of credit insurance that vendors rely on to manage unsecured credit exposure.  This combination of factors has constricted Debtors'

liquidity, complicates their relationships with their remaining vendors, and has made it increasingly difficult for the Debtors to maintain their highly-levered capital structure in the face of declining sales.

### A.    The Disintermediation Risk and its Impact on Liquidity

60.    As described above, in 2018, Bridgestone and Goodyear announced that they would launch TireHub to distribute their products and cease supplying the Debtors with inventory in August and September 2018, respectively.  Bridgestone and Goodyear accounted for approximately 11% and 14%, respectively, of ATD's unit sales in fiscal 2017, which amounts to approximately nine million units in aggregate.  Although the Debtors' EBITDA for the second quarter in 2018 was flat year-over-year, as the Debtors transition away from Goodyear and Bridgestone, EBITDA will likely decrease in conjunction with the expected decline in volume and sales.  In addition, inventory from Goodyear and Bridgestone forms a significant portion of the ABL Facility borrowing base.  Thus, as inventory from Goodyear and Bridgestone declines, the Debtors may experience borrowing base constraints, a vicious cycle that could have further constricted the Debtors' ability to secure fresh inventory.

61.    The creation of TireHub is not the only competitive headwind facing the Debtors. Prior to the Goodyear and Bridgestone announcement, Michelin North America Inc. ("Michelin") and Sumitomo Corporation of Americas ("Sumitomo") disclosed that they would be forming a joint venture partnership in 2018 that would operate under the NTW brand.  As of the date of this declaration, Michelin and Sumitomo continue to supply products to the Debtors. In addition, as described above, Amazon has recently signaled its intention to expand its presence in the replacement tire market through its partnership with Sears.

B.    **Exploration of Strategic Alternatives**

62.    To address their financial difficulties, the Debtors took significant steps to evaluate and implement cost reduction initiatives in the months leading up to the Petition Date. These initiatives have resulted in the following:  (a) the decision to streamline the Debtors' distribution network in oversaturated markets; (b) the termination of approximately 100 associates at the Debtors' Field Support Center, resulting in approximately $6 million of savings; and (c) the implementation of targeted cost savings initiatives that will generate between $30 to 35 million in estimated savings.

63.    In April 2018, the Debtors retained K&E, as legal advisor, and began consulting Moelis, as financial advisor and investment banker, to explore restructuring alternatives.  In July 2018, the Debtors also retained AlixPartners, as their restructuring advisor.  Together, the Debtors and their advisors analyzed the Debtors' capital structure and potential sources of liquidity and runway to right size their balance sheet and address their debt servicing load.

64.    ATD's leadership team has been the linchpin of the company's ongoing success in transforming the replacement tire industry.  The company has assembled the strongest management team in the industry.  In 2018, ATD added a new executive role, chief growth and innovation officer, which is responsible for retail, marketing, branding, e-commerce, digital investment, and innovations and to ensure that ATD stays ahead of consumer trends and evolving shopping behavior.  The Debtors also hired a new chief of digital and technology services to facilitate ATD's operational initiatives.

65.    In June 2018, to ensure a thorough and fair process with respect to the Debtors' review of their strategic alternatives, the board of directors of ATD Corporation and Holdings established a transactions committee (the "Transactions Committee") and appointed Thomas B.

Mangas and James Micali to the Transaction Committee as independent directors. The Transaction Committee was authorized to review transactions and/or negotiations that could result in a conflict of interest, including a potential restructuring transaction. The Transaction Committee met regularly throughout July and August 2018 with the Debtors and their advisors to evaluate the merits of proposed transactions. Further, on August 13, 2018, the Debtors appointed two additional independent board members to ATD's and Holdings' board of directors and Transactions Committee: Marc Beilinson and Russell A. Belinsky.

**IV.    The Restructuring Support Agreement, Chapter 11 Plan, and Proposed DIP Financing**

 **A.    Restructuring Support Agreement**

  66.    Beginning in July 2018, the Debtors and their advisors commenced discussions with the ad hoc group of holders of the Senior Subordinated Notes (the "Senior Subordinated Noteholders"), ad hoc group of lenders of the Term Loan Facility (the "Term Loan Lenders"), the sponsors (the "Sponsors"), and their respective advisors regarding potential transactions that would enable the Debtors to right size their balance sheet and manage their vendor issues. Initial discussions with these groups allowed for either a consensual out-of-court restructuring or an in-court proceeding.

  67.    In August and September 2018, the Senior Subordinated Noteholders and the Term Loan Lenders, respectively, signed nondisclosure agreements with the Debtors and were given access to the company's confidential information. During the restricted periods, the Debtors and their advisors engaged in a number of substantive meetings and telephone conferences with these groups to develop value-maximizing alternatives for the company. These discussions led to the Debtors reaching an agreement in principle on September 4, 2018, with the Senior Subordinated Noteholders and the Sponsors for the terms of a deleveraging transaction

that would exchange the Senior Subordinated Notes into 95% of the reorganized ATD equity. On the same date, to preserve critical liquidity, the Debtors and the Senior Subordinated Noteholders agreed upon a deferral of a $53 million coupon payment on the Senior Subordinated Notes due on September 4, 2018, pending continued negotiations.

68.     During the 30-day grace period, the Debtors, the Senior Subordinated Noteholders, and the Sponsors negotiated the definitive documents necessary to implement the agreement in principle regarding the restructuring transaction.  These good faith and arms-length negotiations eventually led to the Debtors, the Sponsors, and the consenting Senior Subordinated Noteholders (the "Consenting Noteholders") to enter into the Restructuring Support Agreement ("RSA") on October 4, 2018.  The RSA is attached hereto as **Exhibit C**.

69.     The Debtors continued extensive negotiations with the Term Loan Lenders regarding a potential maturity extension of the Term Loan during the grace period as well, including conducting several diligence sessions with management and the exchange of term sheets for a maturity extension.  Despite the Debtors' best efforts to bring the Term Loan Lenders into the deal, the parties were unable to reach an agreement.  Nevertheless, the Debtors will continue to actively negotiate in good faith with the Term Loan Lenders during these chapter 11 cases in an effort to broaden the consensus surrounding the restructuring transaction. Absent reaching consensus on terms of an amended Term Loan, the Debtors intend to reinstate the Term Loan under their chapter 11 plan, leaving it unimpaired.

70.     With the grace period on the interest payment expiring on October 4, 2018, and the RSA in hand, the Debtors ultimately determined that commencing these chapter 11 cases would provide the best path toward reorganizing their business and improving their overall financial condition.  The RSA contemplates a comprehensive reorganization that will be

implemented through a chapter 11 plan (the "Plan"), filed contemporaneously herewith, and deleverage the company's balance sheet by over $1 billion.  The key terms of the restructuring are as follows:[4]

- Eligible holders of Senior Subordinated Notes will exchange such notes into their pro rata share (based on the aggregate principal amount of Senior Subordinated Notes Claims) of 95% of the common equity of the reorganized ATD (the "New Equity"), subject to dilution, which New Equity will carry voting rights;

- The Sponsors will receive (a) 5% of the New Equity, subject to dilution, and (b) three tranches of warrants (the "Warrants");

- The ABL Facility will remain outstanding or be refinanced, in each case, with a maturity extension and additional terms reasonably acceptable to the Required Consenting Noteholders and the Debtors;

- The Term Loan Facility will remain outstanding, with a maturity extension and additional terms reasonably acceptable to the Required Consenting Noteholders and the Debtors or, if the requisite amount of Term Loan Lenders do not vote to accept the Plan, the Term Loan Facility will be reinstated; and

- General unsecured claims that are undisputed and do not constitute debt for borrowed money will remain unimpaired so long as the applicable obligee for such claims returns to the trade terms that were in effect in March 2018.

71.    In addition, the RSA contemplates the post-effective date establishment of an employee incentive plan.  The Debtors, the Consenting Noteholders, and the Sponsors have also agreed to mutual releases under the RSA.

72.    The Debtors believe that an expeditious resolution to these chapter 11 cases are necessary to ensure the company's ability to continue to operate on a go-forward basis.  As such, the parties to the RSA have agreed to meet the following key dates and milestones to ensure a timely emergence from chapter 11:  (a) no later than **November 15, 2018**, the Debtors shall have filed the Plan and the Disclosure Statement with the Court; (b) no later than **December 31, 2018**,

---

[4]    Capitalized terms used but not otherwise defined herein shall have the same meaning as in the RSA.

the Court shall have entered an order approving the Disclosure Statement; (c) no later than **February 15, 2019**, the Court shall have entered the Confirmation Order; and (d) no later than **February 28, 2019**, the Plan Effective Date shall have occurred.

73.    Further, ATD maintains a broad "fiduciary out" under the RSA, which provides, in part, that the agreement may be terminated if "proceeding with any of the Restructuring Transactions would be inconsistent with the exercise of its fiduciary duties or applicable Law" or, in the exercise of its fiduciary duties, the company decides "to pursue an Alternative Restructuring Proposal."

### B.    Proposed DIP Financing

74.    The Debtors have also secured debtor-in-possession financing facilities from their current ABL Lenders and the Consenting Noteholders (the "<u>DIP Facility</u>"), as further described in the Debtors' debtor-in-possession financing motion, filed concurrently with this Declaration. The DIP Facility terms provide for approximately $1,230 million in aggregate financing, which consists of approximately $980 million senior secured superpriority revolving credit facility ("<u>ABL</u>") and $250 million in senior secured superpriority first in, last out revolving credit ("<u>FILO</u>") backstopped by the Consenting Noteholders (in their capacity as DIP lenders, the "<u>DIP FILO Lenders</u>"), and the consensual use of cash collateral.  These funds will be used to administer these chapter 11 cases and for operating, working capital, and other general corporate purposes, such as refinancing the indebtedness outstanding under the prepetition ABL Facility and paying fees, costs, and expenses incurred in connection with these transactions.

75.    I, together with other members of Debtors' management and their advisors, have analyzed the Debtors' cash flow and determined that the company would not have sufficient liquidity for its operations and these chapter 11 cases without the DIP Facility.  As set forth above, the Debtors' customers are the lifeline of its business and, thus, require the company to

continue to maintain a robust inventory supply to meet customers' needs on a timely basis. The DIP Facility will allow the Debtors to pay critical manufacturers and others in the company's supply chain and prevent any disruptions in the flow of inventory that might result from these chapter 11 cases. Moreover, the DIP Facility in tandem with the RSA will reduce the Debtors' debt servicing load from $2.54 billion to $1.49 billion, thus freeing up liquidity to meet operational needs. As such, and as detailed further in other declarations in support for the ABL DIP Facility, the Debtors believe that these restructuring transactions are in the best interest of their stakeholders and the estates.

## V.    Evidentiary Support for First Day Motions[5]

76.    Contemporaneously herewith, the Debtors have filed a number of First Day Motions seeking orders granting various forms of relief intended to stabilize the Debtors' business operations, facilitate the efficient administration of these chapter 11 cases, and expedite a swift and smooth restructuring of the Debtors' balance sheet.

77.    I am familiar with the information contained in each First Day Motion and believe that the relief sought in each motion (a) is necessary to enable the Debtors to operate in chapter 11 with minimal disruption or loss of productivity and value, (b) constitutes a critical element in the Debtors achieving a successful reorganization, and (c) best serves the Debtors' estates and creditors' interests. A description of the relief requested and the facts supporting each of the First Day Motions is detailed in **Exhibit A**.

*[Remainder of Page Intentionally Left Blank]*

---

[5]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the respective First Day Motions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: OcT 1      , 2018

_____
William Williams
ATD Corporation
Chief Financial Officer