IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ATD CORPORATION, *et al.*,[1] | ) ) ) | Case No. 18-12221-KJC |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Paul, Weiss, Rifkind, Wharton & Garrison LLP and Young Conaway Stargatt & Taylor, LLP, hereby enter their appearance as counsel to the Term Lender Committee ("Lender Committee") in the above-captioned cases, and request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned counsel as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, include: ATD Corporation (3683); Accelerate Holdings Corp. (0528); American Tire Distributors Holdings, Inc. (6143); American Tire Distributors, Inc. (4594); Rubbr Automotive Services, LLC (3334); The Hercules Tire & Rubber Company (3365); Terry's Tire Town Holdings, Inc. (7464); Tire Pros Francorp (1361); and Hercules Asia Pacific, LLC (2499). The location of the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Suite 150, Huntersville, North Carolina 28078.

| | |
|---|---|
| Brian S. Hermann, Esq. | Pauline K. Morgan, Esq. (No. 3650) |
| Aidan Synnott, Esq. | Joel A. Waite, Esq. (No. 2925) |
| Jacob A. Adlerstein, Esq. | Andrew L. Magaziner (No. 5426) |
| Michael M. Turkel, Esq. | YOUNG CONAWAY STARGATT |
| PAUL, WEISS, RIFKIND, WHARTON | & TAYLOR, LLP |
| & GARRISON LLP | Rodney Square |
| 1285 Avenue of the Americas | 1000 North King Street |
| New York, New York 10019 | Wilmington, Delaware 19801 |
| Telephone:  (212) 373-3000 | Telephone:  (302) 571-6600 |
| Facsimile:  (212) 757-3990 | Facsimile:  (302) 571-1253 |
| Email: bhermann@paulweiss.com | **CM/ECF Noticing**: bankfilings@ycst.com |
|          asynnott@paulweiss.com | Email:  pmorgan@ycst.com |
|          jadlerstein@paulweiss.com |             jwaite@ycst.com |
|          mturkel@paulweiss.com |             amagaziner@ycst.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by the Lender Committee to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the Lender Committee or (b) a waiver of any right of the Lender Committee (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs, or recoupments to which the

Lender Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.  This Notice of Appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: October 4, 2018<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Pauline K. Morgan*<br>Pauline K. Morgan, Esq. (No. 3650)<br>Joel A. Waite, Esq. (No. 2925)<br>Andrew L. Magaziner (No. 5426)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:   (302) 571-1253<br><br>-and-<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Brian S. Hermann, Esq.<br>Aidan Synnott, Esq.<br>Jacob A. Adlerstein, Esq.<br>Michael M. Turkel, Esq.<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone:  (212) 373-3000<br>Facsimile:   (212) 757-3990<br><br>*Counsel to the Term Lender Committee* |