**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ATD CORPORATION, *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 18-12221 (KJC)<br>(Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of George B. Cauthen, Esquire of Nelson Mullins Riley & Scarborough LLP, to represent Michelin North America, Inc. in the above-captioned cases.

Dated: October 4, 2018              */s/ Evan T. Miller*
       Wilmington, DE                Evan T. Miller (No. 5364)
                                         BAYARD, P.A.
                                         600 N. King Street, Suite 400
                                         Wilmington, DE 19801

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of South Carolina and Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                         */s/ George B. Cauthen*
                                                         George B. Cauthen
                                                         NELSON MULLINS RILEY &
                                                         SCARBOROUGH LLP
                                                         1320 Main Street, 17th Floor
                                                         Columbia, SC 29201

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

{BAY:03367993v2}