**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| ATD Corporation | : | Case No. 18-12221 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Continental Tire The Americas, LLC**, Attn: Tim Rogers, 1830 MacMillan Park Drive, Fort Mill, SC 29707, Phone: 704-583-8915, Fax: 704-583-3935

2. **Cooper tire & Rubber Company**, Attn: Jack McCracken, 701 Lima Avenue, Findlay, OH 45840, Phone: 419-423-1321

3. **Michelin North America, Inc.,** Attn: Matthew Whitehead, One Parkway South, Greenville, South Carolina 29615, Phone: 864-458-5331

4. **Sumitomo Rubber of North America,** Attn: Ron Woods, 8656 Haven Avenue, Rancho Cucamonga, CA 90017, Phone: 909-694-3156, Fax: 909-244-1656

5. **Sailun Jinyu Group, LTD.,** Attn: Brian Mittledorf, US Agent, 14226 Ventura Blvd., Sherman Oaks, CA 91423, Phone: 818-990-4800, Fax: 818-990-3904

6. **Pirelli Tire LLC c/o Pirelli North America, Inc.,** Attn: Marco Crola, 546 Fifth Avenue, 9th Floor, New York, NY 10038, Phone: 212-497-8847

7. **Ryder Truck Rental dba Ryder Transportation Services,** Attn: Michael Mandell, 11690 NW 105th Street, Miami, FL 33178, Phone: 305-500-4417

      ANDREW R. VARA
      Acting United States Trustee, Region 3

      /s/ *Timothy Fox* for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: October 19, 2018

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esq., Phone: 302-652-4100, Fax: 302-652-4400