UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:          Chapter __11__

Case No. __18__-__12221__ (__KJC__)

Debtor: ATD CORPORATION, et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Lindsay Zahradka Milne, Esq.__ to represent __Industries Martins Inc. a/k/a Martins Industries__ in this action.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Firm Name: Stevens & Lee, P.C.
Address: 919 North Market St., Suite 1300
Wilmington, DE 19801
Phone: (302) 425-3310
Email: jhh@stevenslee.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Maine and New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Lindsay Zahradka Milne*
Firm Name: Bernstein Shur Sawyer & Nelson
Address: 100 Middle Street, West Tower
Portland, ME 04104
Phone: (207) 774-1200
Email: lmilne@bernsteinshur.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.