## Exhibit 1

**Cash Management System Schematic**



## Exhibit 2

## Bank Accounts

| No. | Country | Entity | Bank | Description | Account No. | Currency | Ending Balance 10/3 |
|---|---|---|---|---|---|---|---|
| 1 | United States | American Tire Distributors, Inc. | Bank of America | Depository Account | x6003 | USD | $2,540,132 |
| 2 | United States | American Tire Distributors, Inc. | Bank of America | Depository Account | x9965 | USD | $0 |
| 3 | United States | American Tire Distributors, Inc. | Bank of America | Depository Account | x7393 | USD | $306,634 |
| 4 | United States | American Tire Distributors, Inc. | Bank of America | Depository Account | x3737 | USD | $110,762 |
| 5 | United States | American Tire Distributors, Inc. | Bank of America | Depository Account | x2514 | USD | $237,551 |
| 6 | United States | American Tire Distributors, Inc. | Bank of America | Depository Account | x3212 | USD | $1,007,799 |
| 7 | United States | American Tire Distributors, Inc. | Bank of America | Depository Account | x9772 | USD | $0 |
| 8 | United States | American Tire Distributors, Inc. | Bank of America | Depository Account | x9785 | USD | $25,633 |
| 9 | United States | American Tire Distributors, Inc. | Bank of America | Depository Account | x1281 | USD | $11,579 |
| 10 | United States | American Tire Distributors, Inc. | Bank of America | Depository Account | x7579 | USD | $10,713 |
| 11 | United States | American Tire Distributors, Inc. | Wells Fargo | Depository Account | x3186 | USD | $1,061,554 |
| 12 | United States | American Tire Distributors, Inc. | First Merchants | Depository Account | x4925 | USD | $64,000 |
| 13 | United States | American Tire Distributors, Inc. | Citibank, N.A. | Depository Account | x3373 | USD | $585,156 |
| 14 | United States | American Tire Distributors, Inc. | Bank of America | Disbursement Account | x3019 | USD | $273,877 |
| 15 | United States | American Tire Distributors, Inc. | Bank of America | Disbursement Account | x3207 | USD | $15,605,957 |

1

| No. | Country | Entity | Bank | Description | Account No. | Currency | Ending Balance 10/3 |
|---|---|---|---|---|---|---|---|
| 16 | United States | American Tire Distributors, Inc. | Bank of America | Disbursement Account | x8413 | USD | $0 |
| 17 | United States | American Tire Distributors, Inc. | Bank of America | Disbursement Account | x8480 | USD | $0 |
| 18 | United States | American Tire Distributors, Inc. | Bank of America | Disbursement Account | x9561 | USD | $0 |
| 19 | United States | Hercules Tire & Rubber Company | JP Morgan Chase Bank | Depository Account | x4503 | USD | $893,717 |
| 20 | United States | Hercules Tire & Rubber Company | Key Bank | Depository Account | x5261 | USD | $3,144,831 |
| 21 | United States | Hercules Tire & Rubber Company | Bank of America | Disbursement Account | x2128 | USD | $0 |
| 22 | United States | Hercules Tire & Rubber Company | Bank of the West | Disbursement Account | x3884 | USD | $0 |
| 23 | United States | Hercules Tire & Rubber Company | JP Morgan Chase Bank | Disbursement Account | x7966 | USD | $0 |
| 24 | United States | Hercules Tire & Rubber Company | JP Morgan Chase Bank | Disbursement Account | x9583 | USD | $0 |
| 25 | United States | Hercules Tire & Rubber Company | JP Morgan Chase Bank | Disbursement Account | x0401 | USD | $75 |
| 26 | United States | TirePros Francorp | Bank of America | Depository Account | x8789 | USD | $2,015,286 |

2