IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ATD CORPORATION, *et al.*, | ) | Case No. 18-12221 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**MOTION AND ORDER FOR <u>PRO</u> <u>HAC</u> <u>VICE</u> ADMISSION
OF DORON YITZCHAKI**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission <u>pro</u> <u>hac</u> <u>vice</u> of Doron Yitzchaki, Esquire, of the law firm of Dickinson Wright PLLC, 350 S. Main Street, Suite 300, Ann Arbor, MI 48104, to represent Alidade Boyce, LLC; and Alidade Smith, LLC in the above-captioned cases.

Dated: November 12, 2018          **WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com

*Counsel for Alidade Boyce, LLC; and Alidade Smith, LLC*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

**Dated: November 13th, 2018
Wilmington, Delaware**

**KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE**