# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ATD CORPORATION, *et al.*,[1] | ) Case No. 18-12221 (KJC) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Priscilla Romero, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On November 8, 2018, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of an Order (I) Authorizing (A) the Sale of Certain Real Property and (B) Assumption of the Associated Purchase and Sale Agreement and (II) Granting Related Relief** [Docket No. 300]

- **Declaration of William Williams, Chief Financial Officer, in Support of the Debtors' Motion for Entry of an Order (I) Authorizing (A) the Sale of Certain Real Property and (B) Assumption of the Associated Purchase and Sale Agreement and (II) Granting Related Relief** [Docket No. 301]

- **Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to (I) Enter into a Final Subscription Agreement, (II) Make a Final Investment Installment Thereunder, and (III) Assume Associated Transaction Documents and (B) Granting Related Relief** [Docket No. 302]

- **Declaration of William Williams in Support of Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to (I) Enter into a Final Subscription Agreement, (II) Make a Final Investment Installment Thereunder, and (III) Assume Associated Transaction Documents, and (B) Granting Related Relief** [Docket No. 303]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, include: ATD Corporation (3683); Accelerate Holdings Corp. (0528); American Tire Distributors Holdings, Inc. (6143); American Tire Distributors, Inc. (4594); Rubbr Automotive Services, LLC (3334); The Hercules Tire & Rubber Company (3365); Terry's Tire Town Holdings, Inc. (7464); Tire Pros Francorp (1361); and Hercules Asia Pacific, LLC (2499). The location of the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Suite 150, Huntersville, North Carolina 28078.

1

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to File Unredacted Investment Motion and Supporting Declaration Under Seal** [Docket No. 304]

Dated: November 21, 2018

_____
Priscilla Romero

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of November, 2018, by Priscilla Romero, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE PARANHOS
Notary Public – California
Los Angeles County
Commission # 2210581
My Comm. Expires Aug 19, 2021

# Exhibit A

**Exhibit A**
Core 2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the DIP FILO Lenders and Consenting Noteholders | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira Dizengoff, Philip Dublin, and Naomi Moss | idizengoff@akingump.com; pdublin@akingump.com; nmoss@akingump.com |
| Office of the Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Attorneys for Aldine Independent School District | Aldine Independent School District | Pamela H Walters and Johnetta Lang | bnkatty@aldineisd.org |
| Office of the Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | AGInfo@azag.gov |
| Office of the Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | oag@ArkansasAG.gov |
| Attorneys for BC Area 6 lot 2, LLC | Ballard Spahr LLP | Dustin P. Branch | branchd@ballardspahr.com |
| Attorneys for BC Area 6 lot 2, LLC | Ballard Spahr LLP | Leslie C. Heilman | heilmanl@ballardspahr.com |
| The agent under the Debtors' prepetition term loan facility | Bank of America, N.A. | Christine Trotter | christine.trotter@baml.com |
| Counsel for First Industrial, L.P. | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Nathan Q. Rugg, William J. Barrett | nathan.rugg@bfkn.com; william.barrett@bfkn.com |
| Counsel for Icon Pac Nevada Owner Pool 3 Nevada, LLC, Icon 10/375 Industrial Owner Pool 6 Dallas, LLC, Western B South TX, LLC, Western B Northwest WA, LLC | Barbee & Gehrt LLP | Jennifer A. Gehrt | jgehrt@bglaw.net |
| Counsel for Michelin North America, Inc. | Bayard, P.A. | Justin R. Alberto and Evan T. Miller | jalberto@bayardlaw.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover and Kevin M. Capuzzi | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Attorneys for Martins Industries | Bernstein, Shur, Sawyer & Nelson, P.A. | Robert J. Keach and Lindsay Zahradka Milne | rkeach@bernsteinshur.com; lmilne@bernsteinshur.com |
| Attorneys for Creditor Cisco Systems Capital Corporation | Bialson, Bergen & Schwab, a Professional Corporation | Lawrence M. Schwab and Thomas M. Gaa | tgaa@bbslaw.com |
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | John E. Lucian | lucian@blankrome.com |
| Counsel for Liberty Property Limited Partnership | Blank Rome LLP | Josef W. Mintz | mintz@blankrome.com |
| Wilmington Savings Fund Society, FSB, in its capacity as indenture trustee | Blank Rome LLP | Michael B. Schaedle | schaedle@blankrome.com |
| Wilmington Savings Fund Society, FSB, in its capacity as indenture trustee | Blank Rome LLP | Stanley B. Tarr and Jose F. Bibiloni | tarr@blankrome.com; jbibiloni@blankrome.com |
| Counsel to Westchester Fire Insurance Company | Burr & Forman LLP | Richard A. Robinson and J. Cory Falgowski | rrobinson@burr.com; jfalgowski@burr.com |
| Counsel for Eagle Mountain-Saginaw ISD, Richardson ISD, Carrollton-Farmers Branch ISD | c/o Eboney Cobb | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | ecobb@pbfcm.com |
| Counsel to Westchester Fire Insurance Company | Chiesa Shahinian & Giantomasi PC | Scott A. Zuber, Jonathan Bondy, Beth J. Rotenberg | szuber@csglaw.com; jbondy@csglaw.com; brotenberg@csglaw.com |
| Attorneys for Ankura Trust Company | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr., Mark D. Olivere | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Office of the Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel for Icon Pac Nevada Owner Pool 3 Nevada, LLC, Icon 10/375 Industrial Owner Pool 6 Dallas, LLC, Western B South TX, LLC, Western B Northwest WA, LLC | Connolly Gallagher LLP | Karen C. Bifferato | kbifferato@connollygallagher.com |
| Counsel for Sailun Jinyu Group (Hong Kong) Co. Ltd. | Cozen O'Connor | Thomas J. Francella, Jr. | tfrancella@cozen.com |
| Counsel for Marriott Hotel Services, Inc. | Cross & Simon LLC | Kevin S. Mann | kmann@crosslaw.com |
| Counsel for Toyo Tire USA Inc. and Nitto Tire USA Inc. | Davis Wright Tremaine LLP | Harvey S. Schochet and Andrew Patterson | harveyschochet@dwt.com; andrewpatterson@dwt.com |
| Counsel for IPT Richmond DC II LP and IPT Totowa CC LLC | Deborah M. Perry | Munsch Hardt Kopf & Harr, P.C. | dperry@munsch.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Office of the District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | dc.oag@dc.gov |
| Counsel for The Carlstar Group LLC | Edward E. Neiger and Marianna Udem | Ask LLP | eneiger@askllp.com; mudem@askllp.com |
| Attorney for Nassau Steel LLC | Forchelli Deegan Terrana LLP | Gerard R Luckman | gluckman@forchellilaw.com |

**Exhibit A**
Core 2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for BCP Manchester LLC, Stag 5101 South Council Road, LLC, BCP Grand Junction LLC, and BCP Novi, LLC | Goulston & Storrs PC | Douglas B. Rosner and Peter D. Bilowz | drosner@goulstonstorrs.com; pbilowz@goulstonstorrs.com |
| Office of the Guam Attorney General | Guam Attorney General | Attn Bankruptcy Department | law@guamag.org |
| Office of the Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Counsel for Sailun Jinyu Group (Hong Kong) Co. Ltd. | Hinckley Allen | Jennifer V. Doran | jdoran@hinckleyallen.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Office of the Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | idr.bankruptcy@ag.iowa.gov |
| Counsel for Cooper Tire & Rubber Company | Jones Day | Timothy W Hoffmann | thoffmann@jonesday.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Eric R. Wilson, Jason R. Adams, Maeghan J. McLoughlin | KDWBankruptcyDepartment@kelleydrye.com; ewilson@kelleydrye.com; jadams@kelleydrye.com; mmcloughlin@kelleydrye.com |
| Attorneys for Ankura Trust Company | King & Spalding LLP | Jared Zajac | jzajac@kslaw.com |
| Attorneys for Ankura Trust Company | King & Spalding LLP | Jeffrey Pawlitz, David S. Zubricki | jpawlitz@kslaw.com; dzubricki@kslaw.com |
| Counsel for Hankook Tire America Corp. | Klein Bussell, PLLC | Tracy M. Lujan | tracy.lujan@kleinbussell.com |
| Counsel for Bexar County and City of El Paso | Linebarger Goggan Blair & Sampson LLP | Don Stecker | sanantonio.bankruptcy@publicans.com |
| Counsel for Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Tom Green CAD | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Fort Bend County and Harris County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Office of the Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov |
| Counsel for the Maricopa County Treasurer | Maricopa County Attorney's Office | Civil Services Division | muthigk@mcao.maricopa.gov |
| Office of the Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Office of the Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Office of the Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Office of the Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | Attorney.General@ag.state.mn.us |
| Office of the Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Attorney for Department of Revenue Missouri | Missouri Department of Revenue | Josh Hawley, Attorney General State of Missouri | deecf@dor.mo.gov |
| Counsel for Toyo Tire USA Inc. and Nitto Tire USA Inc. | Morris James LLP | Carl N. Kunz, III | ckunz@morrisjames.com |
| Counsel to HEF (NC-SC) QRS, 14-86, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller and Paige N. Topper | cmiller@mnat.com; ptopper@mnat.com |
| Counsel for TLF Logistics II Tech Ridge Portfolio, LLC | Munsch Hardt Kopf & Harr, P.C. | Deborah M. Perry | dperry@munsch.com |
| Counsel for G&I VII South Park 3075 LLC | Munsch Hardt Kopf & Harr, P.C. | Thomas D. Berghman | tberghman@munsch.com |
| Office of the Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | ago.info.help@nebraska.gov |
| Counsel for Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | George B. Cauthen and Jody A. Bedenbaugh | george.cauthen@nelsonmullins.com; jody.bedenbaugh@nelsonmullins.com |
| Counsel for Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Office of the Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| Office of the New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| Office of the North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| Office of the Northern Mariana Islands Attorney General | Northern Mariana Islands Attorney General | Attn Bankruptcy Department | tinasakisat@gmail.com |
| Counsel for Commonwealth of Pennsylvania | Office of Attorney General | Christopher R. Momjian, Senior Deputy Attorney General | crmomjian@attorneygeneral.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn: Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |
| Counsel to the agents for the Debtors' prepetition revolving credit facility and postpetition financing facility | Parker, Hudson, Rainer & Dobbs, LLP | Attn C. Edward Dobbs, Eric W. Anderson, James Rankin, Jack Basham | edobbs@phrd.com; eanderson@phrd.com; jrankin@phrd.com; jbasham@phrd.com |

**Exhibit A**
Core 2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the ad hoc committee of term lenders under the debtors' prepetition term loan facility | Paul, Weiss, Rikind, Wharton & Garrison LLP | Attn: Brian S. Hermann, Jacob A. Adlerstein, Aidan Synnott, Michael M Turkel and Eugene Y. Park | bhermann@paulweiss.com; jadlerstein@paulweiss.com; epark@paulweiss.com; asynnott@paulweiss.com; mturkel@paulweiss.com |
| Counsel to Industrial Logistics Properties Trust | Pepper Hamilton LLP | David B Stratton | strattond@pepperlaw.com |
| Counsel to the DIP FILO Lenders and Consenting Noteholders | Pepper Hamilton LLP | Evelyn J. Meltzer and Kenneth A. Listwak | meltzere@pepperlaw.com; listwakk@pepperlaw.com |
| Counsel for Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Laura J Monroe | lmbkr@pbfcm.com |
| Counsel for Cooper Tire & Rubber Company | Potter Anderson & Corroon LLP | Jeremy W Ryan, D Ryan Slaugh | jryan@potteranderson.com; rslaugh@potteranderson.com |
| Counsel for Morton ATD, LLC and Mahn Court ATD, LLC | Reinhart Boerner Van Deuren s.c. | Michael D. Jankowski | mjankowski@reinhartlaw.com |
| Counsel to the agents for the Debtors' prepetition revolving credit facility and postpetition financing facility | Richards Layton & Finger, P.A. | Attn John H. Knight, Amanda Steele, Brendan Schlauch | knight@rlf.com; steele@rlf.com; schlauch@rlf.com |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Wilmington Savings Fund Society, FSB, in its capacity as indenture trustee | Seward & Kissel LLP | John R. Ashmead and Arlene R. Alves | ashmead@sewkis.com; alves@sewkis.com |
| Counsel for CI DAL I-V, LLC and CI PHX I-GW, LLC | Singer & Levick, P.C. | Michelle E. Shriro | mshriro@singerlevick.com |
| Office of the South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Attorneys for Martins Industries | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | jhh@stevenslee.com |
| Counsel for Travis County | Travis County | Kay D. Brock, Assistant Travis County Attorney | kay.brock@traviscountytx.gov |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | usade.ecfbankruptcy@usdoj.gov |
| Office of the Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | uag@utah.gov |
| Office of the Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Office of the Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Office of the Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | emailago@atg.wa.gov |
| Attorney for Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg & Reis Co., L.P.A. | Scott D. Fink | sfink@weltman.com |
| Counsel to HEF (NC-SC) QRS, 14-86, Inc. | Willkie Farr & Gallagher LLP | Alan J. Lipkin and Gabriel Brunswick | alipkin@willkie.com; gbrunswick@willkie.com |
| The indenture trustee for the Debtors' senior subordinated notes | Wilmington Savings Fund Society, FSB | Attn: Patrick Healy | PHealy@wsfsbank.com |
| Wilmington Savings Fund Society, FSB, in its capacity as indenture trustee | Wilmington Savings Fund Society, FSB | Patrick J. Healy | PHealy@wsfsbank.com |
| Counsel to the Term Lender Committee | Young Conaway Stargatt & Taylor LLP | Pauline K. Morgan, Joel A. Waite, Andrew L. Magaziner | bankfilings@ycst.com; pmorgan@ycst.com; jwaite@ycst.com; amagaziner@ycst.com |

# Exhibit B

**Exhibit B**
Core 2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to the DIP FILO Lenders and Consenting Noteholders | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira Dizengoff, Philip Dublin, and Naomi Moss | One Bryant Park | | | New York | NY | 10036 |
| Office of the Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | | | Montgomery | AL | 36104 |
| Office of the Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501 |
| Attorneys for Aldine Independent School District | Aldine Independent School District | Pamela H Walters and Johnetta Lang | 2520 WW Thorne Drive | | | Houston | TX | 77073 |
| Office of the Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 1275 W. Washington St. | | | Phoenix | AZ | 85007-2926 |
| Office of the Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 |
| The agent under the Debtors' prepetition asset based facility | Bank of America, N.A. | Attention: American Tire Loan Administration Manager | 300 Galleria Parkway, Suite 800 | | | Atlanta | GA | 30339 |
| The agent under the Debtors' prepetition term loan facility | Bank of America, N.A. | Christine Trotter | Mail Code: IL4-135-05-41 | 135 S. LaSalle Street | | Chicago | IL | 60603 |
| Attorneys for Creditor Cisco Systems Capital Corporation | Bialson, Bergen & Schwab, a Professional Corporation | Lawrence M. Schwab and Thomas M. Gaa | 633 Menlo Ave, Suite 100 | | | Menlo Park | CA | 94025 |
| Office of the California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St. | | | Sacramento | CA | 95814-2919 |
| Office of the Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| Office of the Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 55 Elm St. | | | Hartford | CT | 06106 |
| UCC | Continental Tire The Americas, LLC | Attn: Tim Rogers | 1830 MacMillan Park Drive | | | Fort Mill | SC | 29707 |
| UCC | Cooper tire & Rubber Company | Attn: Jack McCracken | 701 Lima Avenue | | | Findlay | OH | 45840 |
| Counsel for Sailun Jinyu Group (Hong Kong) Co. Ltd. | Cozen O'Connor | Thomas J. Francella, Jr. | 1201 N. Market Street, Suite 1001 | | | Wilmington | DE | 19801 |
| Counsel for Toyo Tire USA Inc. and Nitto Tire USA Inc. | Davis Wright Tremaine LLP | Harvey S. Schochet and Andrew Patterson | 505 Montgomery Street, Suite 800 | | | San Francisco | CA | 94111 |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Office of the District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 441 4th Street NW Suite 1100S | | | Washington | DC | 20001 |
| Counsel for The Carlstar Group LLC | Edward E. Neiger and Marianna Udem | Ask LLP | 151 West 46th Street, 4th Floor | | | New York | NY | 10036 |
| Office of the Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | The Capitol PL-01 | | | Tallahassee | FL | 32399-1050 |
| Attorney for Nassau Steel LLC | Forchelli Deegan Terrana LLP | Gerard R Luckman | 333 Eagle Ovington Blvd Suite 1010 | The Omni | | Uniondale | NY | 11553 |
| Office of the Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Office of the Guam Attorney General | Guam Attorney General | Attn Bankruptcy Department | Office of the Attorney General | ITC Bldg | 590 S Marine Corps Dr Ste 706 | Tamuning | Guam | 96913 |
| Office of the Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 |
| Counsel for Sailun Jinyu Group (Hong Kong) Co. Ltd. | Hinckley Allen | Jennifer V. Doran | 28 State Street | | | Boston | MA | 02109-1775 |
| Office of the Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 |
| Office of the Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Office of the Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 |

In re ATD Corporation, et al.
Case No. 18-12221 (KJC)

Page 1 of 3

**Exhibit B**
Core 2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Cooper Tire & Rubber Company | Jones Day | Timothy W Hoffmann | 77 West Wacker, Suite 3500 | | | Chicago | IL | 60601-1692 |
| Office of the Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| Office of the Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 |
| Counsel for Nueces County, City of McAllen, and Hidalgo County | Linebarger Goggan Blair & Sampson LLP | Diane Wade Sanders | P.O. Box 17428 | | | Austin | TX | 78760 |
| Office of the Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | 1885 North Third Street | | | Baton Rouge | LA | 70802 |
| Office of the Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | State House Station 6 | | | Augusta | ME | 04333 |
| Office of the Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| Office of the Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | | | Boston | MA | 02108-1518 |
| UCC | Michelin North America, Inc. | Attn: Matthew Whitehead | One Parkway South | | | Greenville | SC | 29615 |
| Office of the Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | | Lansing | MI | 48909 |
| Office of the Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| Office of the Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| Office of the Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | | Jefferson City | MO | 65101 |
| Office of the Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | | Helena | MT | 59620-1401 |
| Counsel for Toyo Tire USA Inc. and Nitto Tire USA Inc. | Morris James LLP | Carl N. Kunz, III | 500 Delaware Avenue, Suite 1500 | | | Wilmington | DE | 19801 |
| Counsel to HEF (NC-SC) QRS, 14-86, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller and Paige N. Topper | 1201 North Market Street | P.O. Box 1347 | | Wilmington | DE | 19899-1347 |
| Office of the Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 |
| Office of the Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | 100 N. Carson St | | | Carson City | NV | 89701 |
| Office of the New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| Office of the New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 8th Floor West Wing | 25 Market St | Trenton | NJ | 08625-0080 |
| Office of the New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| Office of the New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| Office of the North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| Office of the North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505 |
| Office of the Northern Mariana Islands Attorney General | Northern Mariana Islands Attorney General | Attn Bankruptcy Department | Administration Building | PO Box 10007 | | Saipan | MP | 96950-8907 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn: Timothy Jay Fox, Jr. | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 |
| Office of the Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215 |
| Office of the Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| Office of the Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| Counsel to the agents for the Debtors' prepetition revolving credit facility and postpetition financing facility | Parker, Hudson, Rainer & Dobbs, LLP | Attn C. Edward Dobbs, Eric W. Anderson, James Rankin, Jack Basham | 303 Peachtree Street N.E.  Suite 3600 | | | Atlanta | GA | 30308 |

In re ATD Corporation, et al.
Case No. 18-12221 (KJC)

Page 2 of 3

**Exhibit B**
Core 2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to the ad hoc committee of term lenders under the debtors' prepetition term loan facility | Paul, Weiss, Rikind, Wharton & Garrison LLP | Attn: Brian S. Hermann, Jacob A. Adlerstein, Aidan Synnott, Michael M Turkel and Eugene Y. Park | 1285 Avenue of the Americas | | | New York | NY | 10019 |
| Office of the Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Counsel to Industrial Logistics Properties Trust | Pepper Hamilton LLP | David B Stratton | 1313 N. Market Street | Hercules Plaza, Suite 5100 | | Wilmington | DE | 19899-1709 |
| Counsel to the DIP FILO Lenders and Consenting Noteholders | Pepper Hamilton LLP | Evelyn J. Meltzer and Kenneth A. Listwak | 1313 N. Market Street | Hercules Plaza, Suite 5100 | | Wilmington | DE | 19899-1709 |
| UCC | Pirelli Tire LLC c/o Pirelli North America, Inc. | Attn: Marco Crola | 546 Fifth Avenue, 9th Floor | | | New York | NY | 10038 |
| Counsel for Cooper Tire & Rubber Company | Potter Anderson & Corroon LLP | Jeremy W Ryan, D Ryan Slaugh | 1313 North Market Street, Sixth Floor | P.O. Box 951 | | Wilmington | DE | 19899 |
| Office of the Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| Counsel to the agents for the Debtors' prepetition revolving credit facility and postpetition financing facility | Richards Layton & Finger, P.A. | Attn John H. Knight, Amanda Steele, Brendan Schlauch | One Rodney Square | 920 North King Street | | Wilmington | DE | 19801 |
| UCC | Ryder Truck Rental dba Ryder Transportation Services | Attn: Michael Mandell | 11690 NW 105th Street | | | Miami | FL | 33178 |
| UCC | Sailun Jinyu Group, LTD. | Attn: Brian Mittledorf, US Agent | 14226 Ventura Blvd | | | Sherman Oaks | CA | 91423 |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | | New York | NY | 10281-1022 |
| Office of the South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | Rembert C. Dennis Office Bldg. | 1000 Assembly St Room 519 | | Columbia | SC | 29201 |
| Office of the South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 |
| UCC | Sumitomo Rubber of North America | Attn: Ron Woods | 8656 Haven Avenue | | | Rancho Cucamonga | CA | 90017 |
| Office of the Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | 425 5th Avenue North | | | Nashville | TN | 37243 |
| Office of the Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 |
| Office of the Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |
| Office of the Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 |
| Office of the Virgin Islands Attorney General | Virgin Islands Attorney General | Attn Bankruptcy Department | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | | St. Thomas | VI | 00802 |
| Office of the Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 |
| Office of the Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| Office of the West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 |
| Counsel to HEF (NC-SC) QRS, 14-86, Inc. | Willkie Farr & Gallagher LLP | Alan J. Lipkin and Gabriel Brunswick | 787 Seventh Avenue | | | New York | NY | 10019-6099 |
| The indenture trustee for the Debtors' senior subordinated notes | Wilmington Savings Fund Society, FSB | Attn: Patrick Healy | 500 Delaware Avenue | | | Wilmington | DE | 19801 |
| Office of the Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 17 W Main St | PO Box 7857 | Madison | WI | 53707-7857 |
| Office of the Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 2320 Capitol Avenue | Kendrick Building | | Cheyenne | WY | 82002 |
| Counsel to the Term Lender Committee | Young Conaway Stargatt & Taylor LLP | Pauline K. Morgan, Joel A. Waite, Andrew L. Magaziner | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 |

In re ATD Corporation, et al.
Case No. 18-12221 (KJC)

Page 3 of 3