IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ATD Corporation, et al.,[1] | ) | Case No. 18-12221 (KJC) |
|  | ) |  |
| Debtors. | ) | **(Jointly Administered)** |
|  | ) |  |
|  | ) | Objection Deadline: December 12, 2018 at 4:00 p.m. (ET) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE
NEW CASTLE COUNTY

I, Norris Hicks, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, the noticing agent for a party in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On November 21st, 2018 I caused a true and correct copy of the following documents to be served upon the parties on the list attached by USPS First Class Mail or in the manner indicated:

**SUPPLEMENTAL DECLARATION OF JENNIFER R. HOOVER IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO OCTOBER 18, 2018 *[D.I. 347]***

**SUMMARY OF FIRST MONTHLY FEE APPLICATION OF KELLEY DRYE & WARREN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ATD CORPORATION, *ET AL.*, FOR THE PERIOD FROM OCTOBER 18, 2018 THROUGH AND INCLUDING OCTOBER 31, 2018 *[D.I. 348]***

**FIRST MONTHLY FEE APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 18, 2018 THROUGH OCTOBER 31, 2018 *[D.I. 349]***

**SUMMARY OF FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, INC., AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM OCTOBER 18, 2018 THROUGH OCTOBER 31, 2018** *[D.I. 357]*

Norris Hicks_____

SWORN TO AND SUBSCRIBED before me this 26th day of November, 2018.

Jeff Low NOTARY PUBLIC_____

**American Tire Distributors, Inc.**
Attn Gail Sharps Myers, General Counsel
12200 Herbert Wayne Court, Suite 150
Huntersville, NC 28078

**Pachulski Stang Ziehl & Jones**
Laura Davis Jones, Timothy P. Cairns, and Joseph M. Mulvihill
919 North Market Street, Suite 1700
Wilmington, DE 19801

**Kirkland & Ellis LLP**
James H.M. Sprayregen, Anup Sathy, Chad J. Husnick, and Spencer Winters
300 North LaSalle Street
Chicago, IL 60654

**KCC**
2335 Alaska Avenue
El Segundo, CA 90245

**Akin Gump Strauss Hauer & Feld LLP**
Attn: Ira Dizengoff, Philip Dublin, and Naomi Moss
One Bryant Park
New York, NY 10036

**Alabama Attorney General**
Attn Bankruptcy Department
501 Washington Ave
Montgomery, AL 36104

**Alaska Attorney General**
Attn Bankruptcy Department
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501

**Aldine Independent School District**
Pamela H Walters and Johnetta Lang
2520 WW Thorne Drive
Houston, TX 77073

**Arizona Attorney General**
Attn Bankruptcy Department
1275 W. Washington St.
Phoenix, AZ 85007-2926

**Arkansas Attorney General**
Attn Bankruptcy Department
323 Center St. Ste 200
Little Rock, AR 72201-2610

**Ballard Spahr LLP**
Dustin P. Branch
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909

**Ballard Spahr LLP**
Leslie C. Heilman
919 N. Market Street, 11th Floor
Wilmington, DE 19801

**Bank of America, N.A.**
Attention: American Tire Loan Administration Manager
300 Galleria Parkway, Suite 800
Atlanta, GA 30339

**Bank of America, N.A.**
Christine Trotter
Mail Code: IL4-135-05-41
135 S. LaSalle Street
Chicago, IL 60603

**Barack Ferrazzano Kirschbaum & Nagelberg LLP**
Nathan Q. Rugg, William J. Barrett
200 West Madison Street, Suite 3900
Chicago, IL 60606

**Barbee & Gehrt LLP**
Jennifer A. Gehrt
PO Box 224409
Dallas, TX 75222-4409

**Bayard, P.A.**
Justin R. Alberto and Evan T. Miller
600 N. King Street, Suite 400
Wilmington, DE 19801

**Benesch Friedlander Coplan & Aronoff LLP**
Jennifer R. Hoover and Kevin M. Capuzzi
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

**Bernstein, Shur, Sawyer & Nelson, P.A.**
Robert J. Keach and Lindsay Zahradka Milne
100 Middle Street, West Tower
P.O. Box 9729
Portland, ME 04104-5029

**Bialson, Bergen & Schwab, a Professional Corporation**
Lawrence M. Schwab and Thomas M. Gaa
633 Menlo Ave, Suite 100
Menlo Park, CA 94025

**Blank Rome LLP**
John E. Lucian
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

**Blank Rome LLP**
Josef W. Mintz
1201 Market Street, Suite 800
Wilmington, DE 19801

**Blank Rome LLP**
Michael B. Schaedle
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

**Blank Rome LLP**
Stanley B. Tarr and Jose F. Bibiloni
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**Burr & Forman LLP**
Richard A. Robinson and J. Cory Falgowski
1201 N. Market Street, Suite 1407
Wilmington, DE 19801

**c/o Eboney Cobb**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
500 E. Border Street, Suite 640
Arlington, TX 76010

**California Attorney General**
Attn Bankruptcy Department
1300 I St.
Sacramento, CA 95814-2919

**Chiesa Shahinian & Giantomasi PC**
Scott A. Zuber, Jonathan Bondy, Beth J. Rotenberg
One Boland Drive
West Orange, NJ 07052

**Chipman Brown Cicero & Cole, LLP**
William E. Chipman, Jr., Mark D. Olivere
1313 North Market Street, Suite 5400
Hercules Plaza
Wilmington, DE 19801-6101

**Colorado Attorney General**
Attn Bankruptcy Department
Ralph L Carr Colorado Judicial Building
1300 Broadway, 10th Fl
Denver, CO 80203

**Connecticut Attorney General**
Attn Bankruptcy Department
55 Elm St.
Hartford, CT 06106

**Connolly Gallagher LLP**
Karen C. Bifferato
1000 West Street, Suite 1400
Wilmington, DE 19801

**Continental Tire The Americas, LLC**
Attn: Tim Rogers
1830 MacMillan Park Drive
Fort Mill, SC 29707

**Cooper Tire & Rubber Company**
Attn: Jack McCracken
701 Lima Avenue
Findlay, OH 45840

**Cozen O'Connor**
Thomas J. Francella, Jr.
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

**Cross & Simon LLC**
Kevin S. Mann
1105 North Market Street, Suite 901
Wilmington, DE 19801

**Davis Wright Tremaine LLP**
Harvey S. Schochet and Andrew Patterson
505 Montgomery Street, Suite 800
San Francisco, CA 94111

**Deborah M. Perry**
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

**Delaware Attorney General**
Matthew Denn
Carvel State Office Building
820 N French St
Wilmington, DE 19801

**Delaware Dept of Justice**
Attn Bankruptcy Dept
820 N French St 6th Fl
Wilmington, DE 19801

**Delaware Secretary of State**
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

**Delaware State Treasury**
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

**Dickinson Wright PLLC**
Doron Yitzchaki
350 S. Main Street, Suite 300
Ann Arbor, MI 48104

**District of Columbia Attorney General**
Attn Bankruptcy Department
441 4th Street NW Suite 1100S
Washington, DC 20001

**Edward E. Neiger and Marianna Udem**
Ask LLP
151 West 46th Street, 4th Floor
New York, NY 10036

**Florida Attorney General**
Attn Bankruptcy Department
The Capitol PL-01
Tallahassee, FL 32399-1050

**Forchelli Deegan Terrana LLP**
Gerard R Luckman
333 Eagle Ovington Blvd Suite 1010
The Omni
Uniondale, NY 11553

**Georgia Attorney General**
Attn Bankruptcy Department
40 Capital Square, SW
Atlanta, GA 30334-1300

**Goulston & Storrs PC**
Douglas B. Rosner and Peter D. Bilowz
400 Atlantic Avenue
Boston, MA 02110-3333

**Guam Attorney General**
Attn Bankruptcy Department
Office of the Attorney General
ITC Bldg
590 S Marine Corps Dr Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Attn Bankruptcy Department
425 Queen Street
Honolulu, HI 96813

**Hinckley Allen**
Jennifer V. Doran
28 State Street
Boston, MA 02109-1775

**Idaho Attorney General**
Attn Bankruptcy Department
700 W. Jefferson Street Suite 210
PO Box 83720
Boise, ID 83720-0010

**Illinois Attorney General**
Attn Bankruptcy Department
James R. Thompson Ctr
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Attn Bankruptcy Department
Indiana Govt Center South
302 West Washington St 5th Fl
Indianapolis, IN 46204

**Internal Revenue Service**
Attn Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Iowa Attorney General**
Attn Bankruptcy Department
Hoover State Office Bldg
1305 E. Walnut Street
Des Moines, IA 50319

**Jones Day**
Timothy W Hoffmann
77 West Wacker, Suite 3500
Chicago, IL 60601-1692

**Kansas Attorney General**
Attn Bankruptcy Department
120 SW 10th Ave., 2nd Fl
Topeka, KS 66612-1597

**Kelley Drye & Warren LLP**
Eric R. Wilson, Jason R. Adams, Maeghan J.
McLoughlin
101 Park Avenue
New York, NY 10178

**Kentucky Attorney General**
Attn Bankruptcy Department
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601-3449

**King & Spalding LLP**
Jared Zajac
300 South Tryon Street, Suite 1700
Charlotte, NC 28202

**King & Spalding LLP**
Jeffrey Pawlitz, David S. Zubricki
1185 Avenue of the Americas
New York, NY 10036

**Klein Bussell, PLLC**
Tracy M. Lujan
1224 6th Ave. North
Nashville, TN 37208

**Linebarger Goggan Blair & Sampson LLP**
Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

**Linebarger Goggan Blair & Sampson LLP**
Don Stecker
711 Navarro Street, Ste 300
San Antonio, TX 78205

**Linebarger Goggan Blair & Sampson LLP**
Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

**Linebarger Goggan Blair & Sampson LLP**
Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

**Linebarger Goggan Blair & Sampson LLP**
John P Dillman
PO Box 3064
Houston, TX 77253-3064

**Louisiana Attorney General**
Attn Bankruptcy Department
1885 North Third Street
Baton Rouge, LA 70802

**Maine Attorney General**
Attn Bankruptcy Department
State House Station 6
Augusta, ME 04333

**Maricopa County Attorney's Office**
Civil Services Division
Peter Muthig, Deputy County Attorney
222 North Central Avenue, Suite 1100
Phoenix, AZ 85004-2206

**Maryland Attorney General**
Attn Bankruptcy Department
200 St. Paul Place
Baltimore, MD 21202-2202

**Massachusetts Attorney General**
Attn Bankruptcy Department
One Ashburton Place
Boston, MA 02108-1518

**Michelin North America, Inc.**
Attn: Matthew Whitehead
One Parkway South
Greenville, SC 29615

**Michigan Attorney General**
Attn Bankruptcy Department
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI 48909

**Minnesota Attorney General**
Attn Bankruptcy Department
445 Minnesota St Suite 1400
St Paul, MN 55101-2131

**Mississippi Attorney General**
Attn Bankruptcy Department
Walter Sillers Building
550 High St Ste 1200
Jackson, MS 39201

**Missouri Attorney General**
Attn Bankruptcy Department
Supreme Court Bldg
207 W. High St.
Jefferson City, MO 65101

**Missouri Department of Revenue**
Josh Hawley, Attorney General State of Missouri
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

**Montana Attorney General**
Attn Bankruptcy Department
Justice Bldg
215 N. Sanders 3rd Fl
Helena, MT 59620-1401

**Morris James LLP**
Carl N. Kunz, III
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**Morris, Nichols, Arsht & Tunnell LLP**
Curtis S. Miller and Paige N. Topper
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Munsch Hardt Kopf & Harr, P.C.**
Deborah M. Perry
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

**Munsch Hardt Kopf & Harr, P.C.**
Thomas D. Berghman
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

**Nebraska Attorney General**
Attn Bankruptcy Department
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nelson Mullins Riley & Scarborough LLP**
George B. Cauthen and Jody A. Bedenbaugh
1320 Main Street, 17th Floor
Columbia, SC 29201

**Nelson Mullins Riley & Scarborough LLP**
Shane G. Ramsey
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219

**Nevada Attorney General**
Attn Bankruptcy Department
100 N. Carson St
Carson City, NV 89701

**New Hampshire Attorney General**
Attn Bankruptcy Department
33 Capitol St.
Concord, NH 03301

**New Jersey Attorney General**
Attn Bankruptcy Department
Richard J. Hughes Justice Complex
8th Floor West Wing
25 Market St
Trenton, NJ 08625-0080

**New Mexico Attorney General**
Attn Bankruptcy Department
408 Galisteo St
Villagra Building
Santa Fe, NM 87501

**New York Attorney General**
Attn Bankruptcy Department
Office of the Attorney General
The Capitol, 2nd Fl.
Albany, NY 12224-0341

**North Carolina Attorney General**
Attn Bankruptcy Department
9001 Mail Service Center
Raleigh, NC 27699-9001

**North Dakota Attorney General**
Attn Bankruptcy Department
600 E. Boulevard Ave.
Dept 125
Bismarck, ND 58505

**Northern Mariana Islands Attorney General**
Attn Bankruptcy Department
Administration Building
PO Box 10007
Saipan, MP 96950-8907

**Office of Attorney General**
Christopher R. Momjian, Senior Deputy Attorney
General
1600 Arch Street, Suite 300
The Phoenix Building
Philadelphia, PA 19103

**Office of the United States Trustee Delaware**
Attn: Timothy Jay Fox, Jr.
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19899-0035

**Ohio Attorney General**
Attn Bankruptcy Department
30 E. Broad St. 14th Fl
Columbus, OH 43215

**Oklahoma Attorney General**
Attn Bankruptcy Department
313 NE 21st St
Oklahoma City, OK 73105

**Oklahoma County Treasurer**
Gretchen Crawford, Assistant District Attorney
320 Robert S Kerr
Room 505
Oklahoma City, OK 73102

**Oregon Attorney General**
Attn Bankruptcy Department
1162 Court St. NE
Salem, OR 97301-4096

**Parker, Hudson, Rainer & Dobbs, LLP**
Attn C. Edward Dobbs, Eric W. Anderson, James
Rankin, Jack Basham
303 Peachtree Street N.E.  Suite 3600
Atlanta, GA 30308

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
Attn:  Brian S. Hermann, Jacob A. Adlerstein,
Aidan Synnott, Michael M Turkel and Eugene Y.
Park
1285 Avenue of the Americas
New York, NY 10019

**Pennsylvania Attorney General**
Attn Bankruptcy Department
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Pepper Hamilton LLP**
David B Stratton
1313 N. Market Street
Hercules Plaza, Suite 5100
Wilmington, DE 19899-1709

**Pepper Hamilton LLP**
Evelyn J. Meltzer and Kenneth A. Listwak
1313 N. Market Street
Hercules Plaza, Suite 5100
Wilmington, DE 19899-1709

**Perdue, Brandon, Fielder, Collins & Mott, L.L.P.**
c/o Laura J Monroe
PO Box 817
Lubbock, TX 79408

**Pirelli Tire LLC c/o Pirelli North America, Inc.**
Attn: Marco Crola
546 Fifth Avenue, 9th Floor
New York, NY 10038

**Potter Anderson & Corroon LLP**
Jeremy W Ryan, D Ryan Slaugh
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899

**Reinhart Boerner Van Deuren s.c.**
Michael D. Jankowski
1000 North Water Street, Suite 1700
P.O. Box 2965
Milwaukee, WI 53201-2965

**Rhode Island Attorney General**
Attn Bankruptcy Department
150 S. Main St.
Providence, RI 02903

**Richards Layton & Finger, P.A.**
Attn John H. Knight, Amanda Steele, Brendan
Schlauch
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Ryder Truck Rental dba Ryder Transportation
Services**
Attn: Michael Mandell
11690 NW 105th Street
Miami, FL 33178

**Sailun Jinyu Group, LTD.**
Attn: Brian Mittledorf, US Agent
14226 Ventura Blvd
Sherman Oaks, CA 91423

**Schnader Harrison Segal & Lewis LLP**
Richard A. Barkasy & Daniel M. Pereira
824 N. Market Street, Suite 800
Wilmington, DE 19801

**Securities & Exchange Commission**
G Jeffrey Boujoukos Regional Director
1617 JFK Boulevard Ste 520
Philadelphia, PA 19103

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY Office**
Andrew Calamari Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022

**Seward & Kissel LLP**
John R. Ashmead and Arlene R. Alves
One Battery Park Plaza
New York, NY 10004

**Singer & Levick, P.C.**
Michelle E. Shriro
16200 Addison Road, Suite 140
Addison, TX 75001

**South Carolina Attorney General**
Attn Bankruptcy Department
Rembert C. Dennis Office Bldg.
1000 Assembly St Room 519
Columbia, SC 29201

**South Dakota Attorney General**
Attn Bankruptcy Department
1302 East Highway 14
Suite 1
Pierre, SD 57501-8501

**Stevens & Lee, P.C.**
Joseph H. Huston, Jr.
919 North Market Street
Thirteenth Floor
Wilmington, DE 19801

**Sumitomo Rubber of North America**
Attn: Ron Woods
8656 Haven Avenue
Rancho Cucamonga, CA 90017

**Sussman Shank LLP**
Susan S. Ford
1000 S.W. Broadway, Suite 1400
Portland, OR 97205-3089

**Tennessee Attorney General**
Attn Bankruptcy Department
425 5th Avenue North
Nashville, TN 37243

**Texas Attorney General**
Attn Bankruptcy Department
300 W. 15th St
Austin, TX 78701

**Travis County**
Kay D. Brock, Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767

**US Attorney for Delaware**
David C. Weiss
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

**Utah Attorney General**
Attn Bankruptcy Department
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320

**Vermont Attorney General**
Attn Bankruptcy Department
109 State St.
Montpelier, VT 05609-1001

**Virgin Islands Attorney General**
Attn Bankruptcy Department
34-38 Kronprindsens Gade
GERS Bldg 2nd Fl
St. Thomas, VI 00802

**Virginia Attorney General**
Attn Bankruptcy Department
202 North Ninth St
Richmond, VA 23219

**Washington Attorney General**
Attn Bankruptcy Department
1125 Washington St SE
PO Box 40100
Olympia, WA 98504-0100

**Weltman,Weinberg & Reis Co., L.P.A.**
Scott D. Fink
323 W. Lakeside Avenue
Lakeside Place, Suite 200
Cleveland, OH 44113-1099

**West Virginia Attorney General**
Attn Bankruptcy Department
State Capitol Bldg 1 Rm E-26
1900 Kanawha Blvd., East
Charleston, WV 25305

**Wheelis & Rozanski, APLC**
Stephen D. Wheelis
P.O. Box 13199
Alexandria, LA 71315-3199

**Willkie Farr & Gallagher LLP**
Alan J. Lipkin and Gabriel Brunswick
787 Seventh Avenue
New York, NY 10019-6099

**Wilmington Savings Fund Society, FSB**
Attn: Patrick Healy
500 Delaware Avenue
Wilmington, DE 19801

**Wilmington Savings Fund Society, FSB**
Patrick J. Healy
501 Carr Road, Suite 100
Wilmington, DE 19801

**Wisconsin Attorney General**
Attn Bankruptcy Department
Wisconsin Dept. of Justice
17 W Main St
PO Box 7857
Madison, WI 53707-7857

**Womble Bond Dickinson (US) LLP**
Matthew P. Ward & Morgan L. Patterson
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**Wyoming Attorney General**
Attn Bankruptcy Department
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002

**Young Conaway Stargatt & Taylor LLP**
Pauline K. Morgan, Joel A. Waite, Andrew L. Magaziner
Rodney Square
1000 North King Street
Wilmington, DE 19801