**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ATD CORPORATION, *et al.*,[1] | ) | Case No. 18-12221 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Ref. Docket No. 358** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED)
REGARDING FIRST MONTHLY FEE STATEMENT OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP FOR ALLOWANCE OF AN
ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FORM OCTOBER 4, 2018 THROUGH OCTOBER 31, 2018**

The undersigned hereby certifies that:

1.     On November 21, 2018, Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "K&E") counsel to the above-captioned debtors and debtors in possession (the "Debtors"), filed the *First Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred form October 4, 2018 through October 31, 2018* [Docket No. 358] (the "Fee Statement") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.     Pursuant to the Notice of the Fee Statement, objections to the relief requested in the Fee Statement were to be filed and served no later than December 12, 2018, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, include:  ATD Corporation (3683); Accelerate Holdings Corp. (0528); American Tire Distributors Holdings, Inc. (6143); American Tire Distributors, Inc. (4594); Rubbr Automotive Services, LLC (3334); The Hercules Tire & Rubber Company (3365); Terry's Tire Town Holdings, Inc. (7464); Tire Pros Francorp (1361); and Hercules Asia Pacific, LLC (2499).  The location of the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Suite 150, Huntersville, North Carolina 28078.

3.      The undersigned certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Fee Statement appears thereon.

4.      Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* entered by this Court on November 1, 2018 [Docket No. 270], the Debtors are authorized to pay K&E $1,202,405.20, which represents 80% of the fees ($1,503,006.50), and $16,727.54, which represents 100% of the expenses requested in the Fee Statement, for the period from October 4, 2018 through and including October 31, 2018, upon the filing of this certificate of no objection and without the need for entry of a Court order approving the Fee Statement.

| | |
|---|---|
| Dated:   December 13, 2018<br>  Wilmington, Delaware | */s/ Joseph M. Mulvihill* |

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Joseph M. Mulvihill (DE Bar No. 6061)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:          ljones@pszjlaw.com
                tcairns@pszjlaw.com
                jmulvihill@pszjlaw.com

- and -

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Spencer Winters (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    anup.sathy@kirkland.com
    chad.husnick@kirkland.com
    spencer.winters@kirkland.com

*Counsel to the Debtors and Debtors in Possession*