## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ATD CORPORATION, *et al.*,[1] | ) Case No. 18-12221 (KJC) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR DECEMBER 19, 2018, AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN J. CAREY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801[3]**

## RESOLVED MATTER:

1.     Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry Into a Work Fee Letter in Connection With Anticipated Exit Financing, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Filed 11/19/18] (Docket No. 344)

Response Deadline: December 3, 2018 at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

    A.     Declaration of William Williams in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry Into a Work Fee Letter in Connection With Anticipated Exit Financing, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Filed 11/19/18] (Docket No. 345)

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, include: ATD Corporation (3683); Accelerate Holdings Corp. (0528); American Tire Distributors Holdings, Inc. (6143); American Tire Distributors, Inc. (4594); Rubbr Automotive Services, LLC (3334); The Hercules Tire & Rubber Company (3365); Terry's Tire Town Holdings, Inc. (7464); Tire Pros Francorp (1361); and Hercules Asia Pacific, LLC (2499).  The location of the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Suite 150, Huntersville, North Carolina 28078.

[2]     **Amended items noted in bold.**

[3]     Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

    B.   Certification of No Objection Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Entry Into a Work Fee Letter in Connection With Anticipated Exit Financing, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Filed 12/4/18] (Docket No. 479)

    C.   [Signed] Order (I) Approving the Debtors' Entry Into a Work Fee Letter in Connection With Anticipated Exit Financing, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Filed 12/10/18 (Docket No. 487)

Status:  The Court has entered the order on this matter and it is now resolved.

**UNCONTESTED MATTER UNDER COC:**

2.    Motion of Erna Marie Salazar for Relief from the Automatic Stay [Filed 11/13/18] (Docket No. 320)

Response Deadline: December 12, 2018 at 4:00 p.m. (ET) Extended for the Debtors

Responses Received: Informal comments from the Debtors

Related Documents:

    A.   Certification of Counsel Submitting Proposed Order Approving Stipulation By and Between the Debtors and Erna Marie Salazar, Individually and as Representative of the Estate of Veronica-Lynn Salazar, Granting Relief from the Automatic Stay [Filed 12/14/18] (Docket No. 540)

    B.   **[Signed] Order Approving Stipulation Granting Erna Marie Salazar, Individually and as Representative of the Estate of Veronica-Lynn Salazar, Granting Relief from the Automatic Stay [Filed 12/17/18] (Docket No. 559)**

Status:  **The Court has entered the order on this matter and it is now resolved.**

**UNCONTESTED MATTER:**

3.    Debtors' Motion for Entry of Final Decree Closing Certain of the Chapter 11 Cases [Filed 11/28/18] (Docket No. 386)

Response Deadline: December 12, 2018 at 4:00 p.m. (ET)

Responses Received: Informal Comments from the United States Trustee.

Related Documents: None.

Status: The Debtors have agreed with the United States Trustee to file a revised proposed order under certification of counsel on the effective date of the Plan.

## CONFIRMATION:

4.      Amended Joint Plan of Reorganization of ATD Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 11/13/18] (Docket No. 331)

Response Deadline: December 14, 2018 at 4:00 p.m. (ET)

Responses Received:

A.   Limited Objection of Icon Pac Nevada Owner Pool 3 Nevada, LLC, Icon 10/375 Industrial Owner Pool 6 Dallas, LLC, Western B South TX, LLC, Western B Northwest WA, LLC, and IC Industrial REIT to Joint Plan of Reorganization of ATD Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 12/13/18] (Docket No. 529)

B.   Limited Objection and Reservation of Rights Concerning Notice of Cure Amounts Related to Unexpired Leases that Debtors May Assume Pursuant to Plan Filed by ARA ATD Slidell, LLC [Filed 12/13/18] (Docket No. 530)

C.   Limited Objection and Reservation of Rights Concerning Notice of Cure Amounts Related to Unexpired Leases that Debtors May Assume Pursuant to Plan Filed by ARA Tuscon, LLC [Filed 12/13/18] (Docket No. 531)

D.   Objection of 5015 S Water Circle Kansas Becknell Investors, LLC to Confirmation of Debtors' Amended Plan [Filed 12/13/18] (Docket No. 537)

E.   Objection of Landlord to Plan and Cure Amounts for Unexpired Leases that the Debtors are Assuming Pursuant to the Plan Filed by FR JH 12, LLC [Filed 12/14/18] (Docket No. 538)

F.   7600 District Boulevard, LLC's Joinder in Limited Objection of Icon Pac Nevada Owner Pool 3 Nevada, LLC, Icon 10/375 Industrial Owner Pool 6 Dallas, LLC, Western B South TX, LLC, Western B Northwest WA, LLC, and IC Industrial REIT to Joint Plan of Reorganization of ATD Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 12/14/18] (Docket No. 539)

G.   Objection of BC Area  6 Lot 2, LLC and LBA/PPF Industrial – RCDC, LLC to Debtors' Proposed Cure Amounts [Filed 12/14/18] (Docket No. 541)

H.   Reservation of Rights of the Term Lender Committee with Respect to Confirmation of the Amended Joint Plan of Reorganization of ATD Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 12/14/18] (Docket No. 542)

     I.   Informal Responses of  LBA/PPF Industrial-RCDC, LLC and BC Area 6 Lot 2, LLC (landlords)

     J.   Informal Response of the U.S. Trustee

Reply Deadline: December 17, 2018 at 4:00 p.m. (ET)

Reply:

     A.   **Debtors' Memorandum of Law in Support of Confirmation of the Joint Plan of Reorganization of ATD Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and Omnibus Reply to Objections Thereto [Filed 12/17/18] (Docket No. 558)**

Related Documents:

     A.   Joint Plan of Reorganization of ATD Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 10/15/18] (Docket No. 152)

     B.   Disclosure Statement for the Joint Plan of Reorganization of ATD Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 10/15/18] (Docket No. 153)

     C.   Notice of Filing of (I) Clean and Blackline Versions of Amended Disclosure Statement for the Joint Plan of Reorganization of its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (II) Exhibits Related Thereto [Filed 10/19/18] (Docket No. 190)

     D.   The Amended Disclosure Statement for the Joint Plan of Reorganization of ATD Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 10/19/18] (Docket No. 191)

     E.   Notice of Filing of Clean and Blackline Versions of Amended Joint Plan of Reorganization of ATD Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 11/13/18] (Docket No. 325)

     F.   [Signed] Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief [Filed 11/14/18] (Docket No. 333)

G.  Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines [Filed 11/14/18] (Docket No. 334)

H.  Notice of Non-Voting Status with Respect to Disputed Claims [Filed 11/14/18] (Docket No. 335)

I.  Notice of Non-Voting Status to Holder of Unimpaired Claims Conclusively Presumed to Accept the Plan [Filed 11/14/18] (Docket No. 336)

J.  Notice of Non-Voting Status to Holders of Impaired Claims and Interests Deemed to Reject the Plan [Filed 11/14/18] (Docket No. 337)

K.  Notice of Filing of Plan Supplement [Filed 12/7/18] (Docket No. 485)

L.  **Notice of Filing of Proposed Confirmation Order [Filed 12/17/18] (Docket No. 597)**

M.  **Certification of Adam J. Gorman with Respect to the Tabulation of Votes on the Amended Joint Plan of Reorganization of ATD Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 12/17/18] (Docket No. 598)**

N.  **Notice of Filing of Amendment to the Plan Supplement [Filed 12/17/18] (Docket No. 599)**

O.  **Declaration of William Williams in Support of Confirmation of the Amended Joint Plan of Reorganization of ATD Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code[Filed 12/17/18] (Docket No. 600)**

P.  **Declaration of Adam B. Keil in Support of Confirmation of the Amended Joint Plan of Reorganization of ATD Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 12/17/18] (Docket No. 601)**

Q.  **Declaration of Marc J. Brown in Support of Confirmation of the Amended Joint Plan of Reorganization of ATD Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 12/17/18] (Docket No. 602)**

R.  **Notice of Filing of Clean and Blackline Versions of Amended Joint Plan of Reorganization (as modified) of ATD Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 12/18/18] (Docket No. 615)**

Status: This matter will be going forward.

Dated:   December 18, 2018         /s/ Joseph M. Mulvihill
  Wilmington, Delaware          Laura Davis Jones (DE Bar No. 2436)
                                 Timothy P. Cairns (DE Bar No. 4228)
                                 Joseph M. Mulvihill (DE Bar No. 6061)
                                 **PACHULSKI STANG ZIEHL & JONES LLP**
                                 919 North Market Street, 17th Floor
                                 P.O. Box 8705
                                 Wilmington, Delaware 19899-8705 (Courier 19801)
                                 Telephone:    (302) 652-4100
                                 Facsimile:    (302) 652-4400
                                 Email:         ljones@pszjlaw.com
                                                 tcairns@pszjlaw.com
                                               jmulvihill@pszjlaw.com

                                 - and -

                                 James H.M. Sprayregen, P.C.
                                 Anup Sathy, P.C. (admitted *pro hac vice*)
                                 Chad J. Husnick, P.C. (admitted *pro hac vice*)
                                 Spencer Winters (admitted *pro hac vice*)
                                 **KIRKLAND & ELLIS LLP**
                                 **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                 300 North LaSalle
                                 Chicago, Illinois 60654
                                 Telephone:    (312) 862-2000
                                 Facsimile:    (312) 862-2200
                                 Email:         james.sprayregen@kirkland.com
                                               anup.sathy@kirkland.com
                                               chad.husnick@kirkland.com
                                               spencer.winters@kirkland.com

                                 *Counsel to the Debtors and Debtors in Possession*