**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: ATD Corporation, et al. | Case No. (Jointly Administered) | 18-12221 (KJC) |
| | Reporting Period: | November 2018 |
| | Federal Tax I.D. # | 27-2763683 |

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 30 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | Attestation |
| Debtor Bank Account Listing | | x | |
| PayPal Merchant Account Daily Activity | | x | |
| Schedule of Retained Professional Fees Paid | MOR-1b | x | |
| Copies of bank statements | | | MOR Notes |
| Cash disbursements journals | | | MOR Notes |
| Statement of Operations (Income Statement) | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Post-petition Taxes | MOR-4 | | Attestation |
| Copies of IRS Form 6123 or payment receipt (See Notes to the MOR) | | | x |
| Copies of tax returns filed during reporting period (See Notes to the MOR) | | | x |
| Summary of Unpaid Post-petition Debts | MOR-4a | x | |
| Listing of Aged Accounts Payable | MOR-4a | x | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Debtor Questionnaire | MOR-6 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____         December 20, 2018
Signature of Authorized Individual*                                  Date

Margaret Wicklund
Printed Name of Authorized Individual

Senior Vice President & Chief Accounting Officer
Title

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| | | | |
|---|---|---|---|
| In re: ATD Corporation, et al. | | Case No. (Jointly Administered) | 18-12221 (KJC) |
| | | Reporting Period: | November 2018 |
| | | Federal Tax I.D. # | 27-2763683 |

### Notes to the Monthly Operating Report

This Monthly Operating Report ("MOR") is unaudited and has been prepared solely for the purpose of complying with the obligations of the above-captioned debtors and debtors in possession (the "Debtors") to provide monthly operating reports currently during these Chapter 11 Cases. The Debtors have prepared this monthly operating report using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. This monthly operating report is, thus, true and accurate to the best of the Debtors' knowledge, information and belief based on current available data.

**GENERAL:**

General Methodology: The Debtors prepared this Monthly Operating Report relying primarily upon the information set forth in their books and records. Consequently, certain transactions that are not identified in the normal course of business in the Debtors' books and records may not be included in this Monthly Operating Report. Nevertheless, in preparing this Monthly Operating Report, the Debtors made best efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein.

Reservation of Rights. Given the complexity of the Debtors' business, inadvertent errors, omissions or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary.

Reporting Period. In order to maintain consistency with other external reports the Debtors have included certain financial information (e,g., Balance Sheets and Income Statements) in accordance with their normal fiscal calendar. ATD's November 2018 accounting period and all cash receipts and disbursements reported herein cover the period from October 27, 2018 to November 23, 2018.

| Debtor | Case Number | Debtor | Case Number |
|---|---|---|---|
| ATD Corporation | 18-12221 (KJC) | Accelerate Holdings Corp. | 18-12226 (KJC) |
| American Tire Distributors Holdings, Inc. | 18-12222 (KJC) | Hercules Asia Pacific, LLC | 18-12227 (KJC) |
| American Tire Distributors, Inc | 18-12223 (KJC) | Rubbr Automotive Services, LLC | 18-12228 (KJC) |
| The Hercules Tire and Rubber Company | 18-12224 (KJC) | Tire Pros Francorp | 18-12229 (KJC) |
| Terry's Tire Town Holdings, Inc. | 18-12225 (KJC) | | |

**Notes to MOR-1:**
The financial affairs and business of the Debtors are complex. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System"), as described in the Cash Management Motion.

**Notes to MOR-1a:**
See attached Attestation.
A listing of all Debtor bank accounts including the November 23, 2018 bank balance is included in this report.

**Notes to MOR-1b:**
None

**Notes to MOR-2:**
The Income Statement reflects unaudited revenue and expenses for the fiscal month of November 2018 that directly correspond to the listed debtor legal entity.

**Notes to MOR-3:**
The Balance Sheet reflects unaudited assets, liabilities, and stockholders equity as of November 23, 2018 that directly correspond to the listed debtor legal entity. Liabilities have been adjusted to reflect Liabilities Subject to Compromise as of November, 23, 2018 and corresponds to the disclosures filed in the Debtors Schedules of Assets and Liabilities.

As a result of the commencement of these chapter 11 cases, the payment of pre-petition indebtedness may be subject to compromise if the Debtors' proposed chapter 11 plan is not confirmed with no impairment to General Unsecured Claims, as filed. The Bankruptcy Court authorized the Debtors to pay certain prepetition claims, including but not limited to, claims of certain vendors, customers, wage and benefits and taxing authorities. To the extent such claims have been categorized as "Liabilities Not Subject to Compromise," the Debtors reserve their right to dispute their obligation to make such payments. The Debtors have been paying and intend to continue to pay undisputed post-petition claims arising in the ordinary course of business.

The liability information, except as otherwise noted, is listed as of the close of business as of the end of the fiscal month. Accordingly, the Debtors reserve all rights to amend, supplement or otherwise modify this Monthly Operating Report as necessary and appropriate, but shall be under no obligation to do so. The Debtors have paid certain prepetition liabilities in accordance with orders approved by the Bankruptcy Court authorizing such payments. The Debtors believe that all undisputed post-petition accounts payable have been and are being paid according to agreed-upon terms specific to each vendor and/or service provider and as authorized by the Bankruptcy Court. Accordingly, the Debtors reserve any and all of their rights to dispute or challenge the validity of any claims asserted and / or the characterization of the structure of any transaction, document or instrument related to any creditor's claim.

**Notes to MOR-4:**
See attached Attestation.

**Notes to MOR-4a:**
ATD Corporation and related debtors received authority pursuant to certain first-day orders for the payment of prepetition taxes and certain other prepetition liabilities.

**Notes to MOR-5:**
None

| In re: ATD Corporation, et al. | | | | | | | | | Case No. (Jointly Administered) | 18-12221 (KJC) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Reporting Period: | November 2018 |
| | | | | | | | | | Federal Tax I.D. # | 27-2763683 |

**Cash Receipts and Disbursements in USD 000's**

| | ATD Corporation 18-12221 (KJC) | American Tire Distributors Holdings Co. 18-12222 (KJC) | Operating American Tire Distributors, Inc 18-12223 (KJC) | Operating The Hercules Tire and Rubber Company 18-12224 (KJC) | Operating Terry's Tire Town Holdings, Inc. 18-12225 (KJC) | Accelerate Holdings Corp. 18-12226 (KJC) | Operating Hercules Asia Pacific, LLC 18-12227 (KJC) | Rubbr Automotive Services, LLC 18-12228 (KJC) | Operating Tire Pros Francorp 18-12229 (KJC) | TOTAL November 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | $ - | $ - | $ 236,189 | $ 55,020 | $ - | $ - | $ 11 | $ - | $ 35 | $ 291,256 |
| Tire Receipts | - | - | 231,299 | 55,020 | - | - | 11 | - | 35 | 286,365 |
| Non-Tire Receipts | - | - | 4,891 | - | - | - | - | - | - | 4,891 |
| | | | | | | | | | | |
| **Cash Disbursements** | $ - | $ - | $ (253,965) | $ (49,227) | $ - | $ - | $ - | $ - | $ (324) | $ (303,515) |
| Tire Vendor Payments | - | - | (144,037) | (45,665) | - | - | - | - | - | (189,701) |
| Payroll/Benefits | | | | | | | | | | |
| Payroll | - | - | (24,817) | (87) | - | - | - | - | (248) | (25,152) |
| Benefits | - | - | (6,478) | - | - | - | - | - | - | (6,478) |
| Casual/Outside Labor | - | - | (1,003) | - | - | - | - | - | - | (1,003) |
| Bonus | - | - | - | - | - | - | - | - | - | - |
| Workers Comp | - | - | (454) | - | - | - | - | - | - | (454) |
| Occupancy & Vehicles | | | | | | | | | | |
| Rent Expenses (Incl. Opex, CAM, Property Taxes) | - | - | (939) | (7) | - | - | - | - | - | (946) |
| Utilities | - | - | (205) | - | - | - | - | - | - | (205) |
| Maintentance, Security, Janitorial | - | - | (170) | - | - | - | - | - | - | (170) |
| Other Occupancy | - | - | (1) | - | - | - | - | - | - | (1) |
| Personal Property Taxes | - | - | (348) | - | - | - | - | - | - | (348) |
| Lease Expense | - | - | (4,860) | - | - | - | - | - | - | (4,860) |
| Gas, Oil & Tolls | - | - | (521) | - | - | - | - | - | - | (521) |
| Courier Expense | - | - | (968) | - | - | - | - | - | - | (968) |
| Maintenance, Repairs & Other | - | - | - | - | - | - | - | - | - | - |
| Non-Payroll G&A | | | | | | | | | | |
| Computers / Equipment / IT Leases | - | - | (534) | - | - | - | - | - | - | (534) |
| Travel & Meetings | - | - | (922) | - | - | - | - | - | - | (922) |
| Advertising | - | - | (1,439) | 163 | - | - | - | - | - | (1,277) |
| Ordinary Course Professionals | - | - | (957) | - | - | - | - | - | - | (957) |
| Human Resources | - | - | (383) | - | - | - | - | - | - | (383) |
| Credit Card Fees | - | - | (1) | - | - | - | - | - | - | (1) |
| Other G&A | - | - | (1,446) | - | - | - | - | - | (67) | (1,514) |
| Taxes | - | - | (770) | (2,323) | - | - | - | - | - | (3,093) |
| Management Fees | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating | - | - | (324) | - | - | - | - | - | - | (324) |
| | | | | | | | | | | |
| I/C Tire Purchases | - | - | (52,834) | - | - | - | - | - | - | (52,834) |
| Capital Expenditures | - | - | (2,810) | - | - | - | - | - | - | (2,810) |
| | | | | | | | | | | |
| Financing Activities: | | | | | | | | | | |
| Interest & Financing Fees | | | | | | | | | | |
| DIP FILO | | | | | | | | | | |
| Paydown | - | - | - | - | - | - | - | - | - | - |
| ABL Revolver | | | | | | | | | | - |
| Paydown | - | - | (4,519) | (876) | - | - | - | - | (6) | (5,401) |
| | | | | | | | | | | |
| Professional Fees - Debtor Professionals - DIP / Not Retained | - | - | (2,223) | (431) | - | - | - | - | (3) | (2,656) |
| Professional Fees - Debtor Professionals - Retained | - | - | - | - | - | - | - | - | - | - |

In re: ATD Corporation, et al.

Case No. (Jointly Administered): 18-12221 (KJC)
Reporting Period: November 2018
Federal Tax I.D. #: 27-2763683

**Cumulative Cash Disbursements in USD 000's**

| | ATD Corporation 18-12221 (KJC) | American Tire Distributors Holdings Co. 18-12222 (KJC) | Operating American Tire Distributors, Inc 18-12223 (KJC) | Operating The Hercules Tire and Rubber Company 18-12224 (KJC) | Operating Terry's Tire Town Holdings, Inc. 18-12225 (KJC) | Accelerate Holdings Corp. 18-12226 (KJC) | Operating Hercules Asia Pacific, LLC 18-12227 (KJC) | Rubbr Automotive Services, LLC 18-12228 (KJC) | Operating Tire Pros Francorp 18-12229 (KJC) | TOTAL November 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cumulative Cash Disbursements** | $ - | $ - | $ (1,389,091) | $ (148,894) | $ - | $ - | $ (31) | $ - | $ (841) | $ (1,538,857) |
| MOR-001 - October 2018 [1] | - | - | (1,135,126) | (99,668) | - | - | (31) | - | (517) | (539,342) |
| MOR-002 - November 2018 | - | - | (253,965) | (49,227) | - | - | - | - | (324) | (303,515) |
| MOR-003 - December 2018 | | | | | | | | | | |
| | | | | | | | | | | |
| **ESTIMATED QUARTERLY FEES DUE TO UST** [2] | $ 325 | $ 325 | $ 250,000 | $ 250,000 | $ 325 | $ 325 | $ 975 | $ 325 | $ 12,570 | $ 515,170 |

| Quarterly Range: LOW | | Quarterly Range: High | | Quarterly Fee |
|---|---|---|---|---|
| $ - | $ | 14,999.99 | $ | 325.00 |
| $ 15,000.00 | $ | 74,999.99 | $ | 650.00 |
| $ 75,000.00 | $ | 149,999.99 | $ | 975.00 |
| $ 150,000.00 | $ | 224,999.99 | $ | 1,625.00 |
| $ 225,000.00 | $ | 299,999.99 | $ | 1,950.00 |
| $ 300,000.00 | $ | 999,999.99 | $ | 4,875.00 |
| $ 1,000,000.00 + | | | | Lower of 1% of quarterly disb. or $250,000 |

[1] Amounts adjusted to reflect October 2018 DIP roll-up at American Tire Distributors, Inc. of $639MM for the ABL and $57MM for the FILO.

[2] Extrapolated based on actual 2-month run-rate, excluding DIP roll-up impact. Amounts in total USD.

| | | |
|---|---|---|
| **In re: ATD Corporation, et al.** | **Case No. (Jointly Administered)**<br>**Reporting Period:** | **18-12221 (KJC)**<br>**November 2018** |
| | **Federal Tax I.D. #** | **27-2763683** |

**Bank Reconciliation (or copies of debtor's bank reconciliations**

The above-captioned debtors (the "Debtors") hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, journals, and account reconciliations.

I attest that each of the Debtors' bank accounts is reconciled to bank statements. The Debtors' standard practice is to ensure that each bank account is reconciled to bank statements once per month within 30 days after the month end. Copies of all such documents can be made available upon request of the U.S. Trustee.

Following is a listing of all Debtor Bank Accounts including the actual Bank Balance for each as of November 23, 2018.

Also following is a listing of the Debtors' PayPal Accounts including the actual daily balance for each day through November 23, 2018.

| | |
|---|---|
| _[signature]_ | December 20, 2018 |
| Signature of Authorized Individual | Date |
| | |
| Margaret Wicklund | Senior Vice President & Chief Accounting Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

| In re: ATD Corporation, et al. | | | Case No. (Jointly Administered) | 18-12221 (KJC) |
| | | | Reporting Period: | November 2018 |
| | | | Federal Tax I.D. # | 27-2763683 |

## Debtor Bank Account Listing

| Banking Institution | Entity Name | Account Type | Acct # - Redacted | Balance as of 11/23/18 |
|---|---|---|---|---:|
| Bank of America | American Tire Distributors, Inc. | Depository Account | x1281 | $ 2,668.12 |
| Bank of America | American Tire Distributors, Inc. | Utilities Deposit | x1314 | $ 596,669.80 |
| Bank of America | American Tire Distributors, Inc. | Depository Account | x2514 | $ 203,213.46 |
| Bank of America | American Tire Distributors, Inc. | Disbursement Account | x3019 | $ 1,903,426.62 |
| Bank of America | American Tire Distributors, Inc. | Disbursement Account | x3207 | $ - |
| Bank of America | American Tire Distributors, Inc. | Depository Account | x3212 | $ 1,635,582.99 |
| Bank of America | American Tire Distributors, Inc. | Depository Account | x3737 | $ 1,721,859.12 |
| Bank of America | American Tire Distributors, Inc. | Depository Account | x6003 | $ 15,654,199.39 |
| Bank of America | American Tire Distributors, Inc. | Depository Account | x7393 | $ 658,247.27 |
| Bank of America | American Tire Distributors, Inc. | Depository Account | x7579 | $ 14,440.32 |
| Bank of America | American Tire Distributors, Inc. | Disbursement Account | x8413 | $ - |
| Bank of America | American Tire Distributors, Inc. | Disbursement Account | x8480 | $ - |
| Bank of America | American Tire Distributors, Inc. | Disbursement Account | x9561 | $ - |
| Bank of America | American Tire Distributors, Inc. | Depository Account | x9772 | $ - |
| Bank of America | American Tire Distributors, Inc. | Depository Account | x9785 | $ 20,770.83 |
| Bank of America | American Tire Distributors, Inc. | Depository Account | x9965 | $ - |
| Bank of America | Hercules Tire & Rubber Company | Disbursement Account | x2128 | $ 24,030.40 |
| Bank of America Merrill Lynch | TirePros Francorp | Depository Account | x8789 | $ 2,019,286.18 |
| Bank of the West | Hercules Tire & Rubber Company | Disbursement Account | x3884 | $ - |
| Citibank, N.A. | American Tire Distributors, Inc. | VEBA Account | x3373 | $ - |
| First Merchants Bank | American Tire Distributors, Inc. | Depository Account | x4925 | $ 10,583.15 |
| JP Morgan Chase Bank | Hercules Tire & Rubber Company | Disbursement Account | x0401 | $ 75.00 |
| JP Morgan Chase Bank | Hercules Tire & Rubber Company | Depository Account | x4503 | $ - |
| JP Morgan Chase Bank | Hercules Tire & Rubber Company | Disbursement Account | x7966 | $ - |
| JP Morgan Chase Bank | Hercules Tire & Rubber Company | Disbursement Account | x9583 | $ - |
| Key Bank | Hercules Tire & Rubber Company | Depository Account | x5261 | $ 205,189.38 |
| Wells Fargo | American Tire Distributors, Inc. | Depository Account | x3186 | $ 991,813.47 |
| PayPal | American Tire Distributors, Inc. | Merchant Account | xUTXC | $ 125,149.56 |
| PayPal | American Tire Distributors, Inc. | Merchant Account | x8VCS | $ 136,461.70 |

| In re: ATD Corporation, et al. | | | Case No. (Jointly Administered) | **18-12221 (KJC)** |
|---|---|---|---|---|
| | | | Reporting Period: | **November 2018** |
| | | | Federal Tax I.D. # | **27-2763683** |

**PayPal Merchant Account Daily Activity**

| | TIREBUYER - PAYPAL ACCOUNT ***UTXC | | | | | TIREBUYER.COM - PAYPAL ACCOUNT ***8VCS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Product Sales** | **Refunds/Credits** | **Net Sales** | **Daily Sweep** | **Date** | **Product Sales** | **Refunds/Credits** | **Net Sales** | **Daily Sweep** |
| 10/27/2018 | $ 50,779.59 | $ (1,411.56) | $ 49,368.03 | $ (55,086.87) | 10/27/2018 | $ 10,812.72 | $ - | $ 10,812.72 | $ (39,534.50) |
| 10/28/2018 | 53,851.61 | (2,145.66) | 51,705.95 | (49,368.03) | 10/28/2018 | 4,845.91 | - | 4,845.91 | (10,812.72) |
| 10/29/2018 | 78,769.16 | (5,887.48) | 72,881.68 | (51,705.95) | 10/29/2018 | 88,245.63 | (5,124.96) | 83,120.67 | (4,845.91) |
| 10/30/2018 | 62,290.07 | (946.90) | 61,343.17 | (72,881.68) | 10/30/2018 | 62,330.12 | (53.05) | 62,277.07 | (83,120.67) |
| 10/31/2018 | 74,195.97 | (940.19) | 73,255.78 | (61,343.17) | 10/31/2018 | 45,464.21 | (234.17) | 45,230.04 | (62,277.07) |
| 11/1/2018 | 71,163.09 | (4,852.56) | 66,310.53 | (73,255.78) | 11/1/2018 | 44,566.60 | (3,478.99) | 41,087.61 | (45,230.04) |
| 11/2/2018 | 60,140.91 | (4,372.02) | 55,768.89 | (66,310.53) | 11/2/2018 | 55,616.06 | (1,909.98) | 53,706.08 | (41,087.61) |
| 11/3/2018 | 48,416.54 | - | 48,416.54 | (55,768.89) | 11/3/2018 | 7,950.38 | - | 7,950.38 | (53,706.08) |
| 11/4/2018 | 51,098.31 | (1,773.59) | 49,324.72 | (48,416.54) | 11/4/2018 | 1,128.16 | - | 1,128.16 | (7,950.38) |
| 11/5/2018 | 85,912.06 | (3,942.58) | 81,969.48 | (49,324.72) | 11/5/2018 | 88,677.83 | (4,756.47) | 83,921.36 | (1,128.16) |
| 11/6/2018 | 67,484.30 | (496.85) | 66,987.45 | (81,969.48) | 11/6/2018 | 59,386.59 | - | 59,386.59 | (83,921.36) |
| 11/7/2018 | 81,380.14 | (4,838.70) | 76,541.44 | (66,987.45) | 11/7/2018 | 52,090.25 | (1,415.56) | 50,674.69 | (59,386.59) |
| 11/8/2018 | 79,622.92 | (1,865.55) | 77,757.37 | (76,541.44) | 11/8/2018 | 61,023.95 | (946.07) | 60,077.88 | (50,674.69) |
| 11/9/2018 | 88,478.24 | (1,793.80) | 86,684.44 | (77,757.37) | 11/9/2018 | 54,769.76 | (187.88) | 54,581.88 | (60,077.88) |
| 11/10/2018 | 68,835.57 | - | 68,835.57 | (86,684.44) | 11/10/2018 | 19,195.61 | - | 19,195.61 | (54,581.88) |
| 11/11/2018 | 70,181.02 | (2,985.25) | 67,195.77 | (68,835.57) | 11/11/2018 | 4,819.42 | - | 4,819.42 | (19,195.61) |
| 11/12/2018 | 94,874.60 | (1,769.31) | 93,105.29 | (67,195.77) | 11/12/2018 | 116,961.04 | (1,796.74) | 115,164.30 | (4,819.42) |
| 11/13/2018 | 97,883.10 | (4,502.43) | 93,380.67 | (93,105.29) | 11/13/2018 | 76,221.70 | (529.76) | 75,691.94 | (115,164.30) |
| 11/14/2018 | 101,498.36 | (5,727.59) | 95,770.77 | (93,380.67) | 11/14/2018 | 79,812.03 | (4,649.47) | 75,162.56 | (75,691.94) |
| 11/15/2018 | 125,000.16 | (3,554.69) | 121,445.47 | (95,770.77) | 11/15/2018 | 73,018.65 | (943.79) | 72,074.86 | (75,162.56) |
| 11/16/2018 | 134,882.97 | (2,337.74) | 132,545.23 | (121,445.47) | 11/16/2018 | 80,741.95 | (37.25) | 80,704.70 | (72,074.86) |
| 11/17/2018 | 89,915.80 | (2,458.14) | 87,457.66 | (132,545.23) | 11/17/2018 | 16,972.37 | (1,116.99) | 15,855.38 | (80,704.70) |
| 11/18/2018 | 88,957.22 | (840.11) | 88,117.11 | (87,457.66) | 11/18/2018 | 3,806.29 | - | 3,806.29 | (15,855.38) |
| 11/19/2018 | 133,557.04 | (5,846.62) | 127,710.42 | (88,117.11) | 11/19/2018 | 130,525.69 | (3,090.52) | 127,435.17 | (3,806.29) |
| 11/20/2018 | 68,197.37 | (1,325.36) | 66,872.01 | (127,710.42) | 11/20/2018 | 74,209.96 | (374.44) | 73,835.52 | (127,435.17) |
| 11/21/2018 | 213,237.92 | (7,677.29) | 205,560.63 | (66,872.01) | 11/21/2018 | 41,595.25 | (2,249.95) | 39,345.30 | (73,835.52) |
| 11/22/2018 | 65,029.46 | - | 65,029.46 | (205,560.63) | 11/22/2018 | 3,228.47 | - | 3,228.47 | (39,345.30) |
| 11/23/2018 | 131,743.64 | (6,594.08) | 125,149.56 | (65,029.46) | 11/23/2018 | 136,461.70 | - | 136,461.70 | (3,228.47) |
| ***Total:*** | $ 2,437,377.14 | $ (80,886.05) | $ 2,356,491.09 | $ (2,286,428.40) | ***Total:*** | $ 1,494,478.30 | $ (32,896.04) | $ 1,461,582.26 | $ (1,364,655.06) |
| ***Average:*** | $ 87,049.18 | $ (2,888.79) | $ 84,160.40 | $ (81,658.16) | ***Average:*** | $ 53,374.23 | $ (1,174.86) | $ 52,199.37 | $ (48,737.68) |

*Total daily balances into the Debtors' PayPal accounts are automatically swept into American Tire Distributors, Inc. primary concentration accounts at approximately 00:05 PST on a daily basis
Occurances of daily balances exceeding $75,000 are highlighted above.  Debtors are in discussion with account provider to evaluate the feasibility of either
1.) a balance-driven trigger to the cash sweep or 2.) an additional standing daily cash sweep.  Debtors have begun daily monitoring and reporting of balances in excess of $75,000 to the UST.

**Transaction-level daily account statements are available for review upon request.

**In re: ATD Corporation, et al.**  Case No. (Jointly Administered) 18-12221 (KJC)
Reporting Period: November 2018

Federal Tax I.D. #  27-2763683

**Schedule of Retained Professional Fees Paid**
**Amounts in (000's)**

| Payee | Role of Professional | October 2018 | November 2018 | December 2018 | Cumulative Payments Since Filing |
|---|---|---:|---:|---:|---:|
| Moelis & Company | Debtors' Financial Advisor | $ - | $ - | | $ - |
| AlixPartners | Debtors' Financial Advisor | - | - | | - |
| Kirkland & Ellis | Debtors' Counsel | - | - | | - |
| Pachulski Stang Ziehl & Jones | Debtors' Local Counsel | - | - | | - |
| Kurtzman Carson Consultants | Claims/Noticing Agent | - | - | | - |
| Kelley Drye & Warren | UCC's Counsel | - | - | | - |
| Benesch, Friedlander, Coplan & Arnoff | UCC's Local Counsel | - | - | | - |
| Province, Inc. | UCC's Financial Advisor | - | - | | - |
| Akin Gump Strauss Hauer & Feld LLP | Lender Counsel [1] | - | - | | - |
| Chipman Brown Cicero & Cole | Lender Counsel [1] | - | 3 | | 3 |
| Houlihan Lokey | Lender Financial Advisor [1] | 153 | 154 | | 307 |
| King & Spalding | Lender Counsel [1] | - | 131 | | 131 |
| Norton Rose Fulbright | Lender Counsel [1] | | 95 | | 95 |
| Parker Hudson Rainer & Dobbs | Lender Counsel [1] | - | 596 | | 596 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Lender Counsel [1] | - | 1,263 | | 1,263 |
| Perella Weinberg Partners LP | Lender Financial Advisor [1] | - | 154 | | 154 |
| PJT Partners | Lender Financial Advisor [1] | - | 150 | | 150 |
| Richards Layton & Finger | Lender Counsel [1] | - | 111 | | 111 |
| Young Conaway Stargatt & Taylor, LLP | Lender Counsel [1] | - | - | | - |
| | | $ 153 | $ 2,656 | $ - | $ 2,810 |

[1] Lender advisors authorized for payment pursuant to the DIP Order.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| In re: ATD Corporation, et al. | | | | | | | Case No. (Jointly Administered) | | 18-12221 (KJC) |
| | | | | | | | Reporting Period: | | November 2018 |
| | | | | | | | Federal Tax I.D. # | | 27-2763683 |

| | **UNAUDITED** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Statement of Operations (Income Statement)** | | | | | | | | |
| | **Amounts in (000's)** | | | | | | | | |
| | **ATD Corporation** 18-12221 (KJC) | **American Tire Distributors Holdings Co.** 18-12222 (KJC) | **American Tire Distributors, Inc** 18-12223 (KJC) | **The Hercules Tire and Rubber Company** 18-12224 (KJC) | **Terry's Tire Town Holdings, Inc.** 18-12225 (KJC) | **Accelerate Holdings Corp.** 18-12226 (KJC) | **Hercules Asia Pacific, LLC** 18-12227 (KJC) | **Rubbr Automotive Services, LLC** 18-12228 (KJC) | **Tire Pros Francorp** 18-12229 (KJC) |
| Net sales | - | - | 334,322 | - | - | - | - | - | (570) |
| Cost of Sales | - | - | 269,759 | (2,018) | - | - | - | - | 45 |
| **Gross Profit / (Loss)** | - | - | 64,563 | 2,018 | - | - | - | - | (615) |
| Salaries and wages | - | - | 24,829 | - | - | - | - | - | 260 |
| Occupancy and vehicles | - | - | 16,888 | 22 | - | - | - | - | 6 |
| Advertising | - | - | 1,908 | - | - | - | - | - | 341 |
| Depreciation and amortization | - | - | 8,578 | 1,458 | 1,307 | - | - | - | - |
| Management fees | - | - | 700 | - | - | - | - | - | - |
| Transaction/Transformation expense - SEE FOLLOWING | - | - | 6,404 | - | - | - | - | - | 16 |
| Other | - | - | 6,409 | 7 | - | - | - | - | 288 |
| Total selling, general and administrative | - | - | 65,716 | 1,487 | 1,307 | - | - | - | 911 |
| Operating profit / (loss) | - | - | (1,153) | 531 | (1,307) | - | - | - | (1,526) |
| Interest (expense) | - | 5 | (17,234) | (354) | - | - | - | - | - |
| Loss on estinguishment of debt | - | - | - | - | - | - | - | - | - |
| Interest inc and net svc charge inc | - | - | 6,671 | - | - | - | - | - | - |
| Equity in net income (loss) of subsidiaries | - | (10,636) | (3,945) | (695) | - | - | - | - | - |
| Income / (Loss) from continuing operations before income taxes | - | (10,631) | (15,661) | (518) | (1,307) | - | - | - | (1,526) |
| Tax provision (benefit) | - | - | (5,025) | - | - | - | - | - | - |
| Equity in net earnings of investees, net of tax | - | - | - | - | - | - | - | - | - |
| Net Income / (Loss), continuing operations | - | (10,631) | (10,636) | (518) | (1,307) | - | - | - | (1,526) |
| Gain/loss on disposal of discontinued ops | - | - | - | - | - | - | - | - | - |
| Net Income / (Loss) before extraordinary gain | - | (10,631) | (10,636) | (518) | (1,307) | - | - | - | (1,526) |
| Extraordinary Gain | - | - | - | - | - | - | - | - | - |
| Net Income / (Loss) | - | (10,631) | (10,636) | (518) | (1,307) | - | - | - | (1,526) |
| Other comprehensive income (loss): | | | | | | | | | |
| Unrealized gain (loss) on rabbi trust assets, net | - | - | - | - | - | - | - | - | - |
| Reclassification to net income (loss) | - | - | - | - | - | - | - | - | - |
| Foreign currency translation | - | 4,942 | 4,942 | 335 | - | - | - | - | - |
| Other comprehensive income (loss) | - | 4,942 | 4,942 | 335 | - | - | - | - | - |
| **Comprehensive income (loss)** | - | **(5,689)** | **(5,694)** | **(183)** | **(1,307)** | - | - | - | **(1,526)** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| In re: ATD Corporation, et al. | | | | | | | Case No. (Jointly Administered) | | 18-12221 (KJC) |
| | | | | | | | Reporting Period: | | November 2018 |
| | | | | | | | Federal Tax I.D. # | | 27-2763683 |

**UNAUDITED**
**Detail of Transaction/Transformation Expense**
Amounts in (000's)

| | ATD Corporation 18-12221 (KJC) | American Tire Distributors Holdings Co. 18-12222 (KJC) | American Tire Distributors, Inc 18-12223 (KJC) | The Hercules Tire and Rubber Company 18-12224 (KJC) | Terry's Tire Town Holdings, Inc. 18-12225 (KJC) | Accelerate Holdings Corp. 18-12226 (KJC) | Hercules Asia Pacific, LLC 18-12227 (KJC) | Rubbr Automotive Services, LLC 18-12228 (KJC) | Tire Pros Francorp 18-12229 (KJC) |
|---|---|---|---|---|---|---|---|---|---|
| **Total Transaction/Transformation expense** | $ - | $ - | $ 6,404 | $ - | $ - | $ - | $ - | $ - | $ 16 |
| | | | | | | | | | |
| Analytics and Other IT | $ - | $ - | $ 3,313 | $ - | $ - | $ - | $ - | $ - | $ - |
| SOX Compliance | - | - | 62 | - | - | - | - | - | - |
| Poconos Relocation | - | - | 273 | - | - | - | - | - | - |
| Restructuring Professionals Expense and Accrual | - | - | 2,756 | - | - | - | - | - | - |
| TirePros Retnetion Accrual | - | - | - | - | - | - | - | - | 16 |
| Total: | $ - | $ - | $ 6,404 | $ - | $ - | $ - | $ - | $ - | $ 16 |

In re: ATD Corporation, et al.

Case No. (Jointly Administered): 18-12221 (KJC)
Reporting Period: November 2018
Federal Tax I.D. #: 27-2763683

**UNAUDITED**
**Balance Sheet**
Amounts in (000's)

| | ATD Corporation 18-12221 (KJC) | American Tire Distributors Holdings Co. 18-12222 (KJC) | American Tire Distributors, Inc 18-12223 (KJC) | The Hercules Tire and Rubber Company 18-12224 (KJC) | Terry's Tire Town Holdings, Inc. 18-12225 (KJC) | Accelerate Holdings Corp. 18-12226 (KJC) | Hercules Asia Pacific, LLC 18-12227 (KJC) | Rubbr Automotive Services, LLC 18-12228 (KJC) | Tire Pros Francorp 18-12229 (KJC) |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | |
| Cash | - | - | 51,913 | (24,333) | - | - | - | 10 | 2,019 |
| Cash held in escrow | - | - | - | - | - | - | - | - | - |
| Accounts Rec. | - | - | 272,709 | 4,070 | - | - | - | (4) | (1,614) |
| Notes receivable | - | 800 | - | - | - | - | - | - | - |
| Total AR | - | 800 | 272,709 | 4,070 | - | - | - | (4) | (1,614) |
| Inventories, net | - | - | 759,582 | 58,043 | - | - | - | - | - |
| Intercompany receivable | - | - | - | 253,490 | 61,856 | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - | - | - | - |
| Assets held for sale | - | - | 8 | - | - | - | - | - | - |
| Income tax receivable | - | - | 115 | 441 | - | - | - | - | - |
| Other current assets | - | 43 | 34,851 | (35) | 1 | - | - | - | 576 |
| Total other current assets | - | 43 | 34,974 | 406 | 1 | - | - | - | 576 |
| Total current assets | - | 843 | 1,119,178 | 291,676 | 61,857 | - | - | 6 | 981 |
| Property (at cost) | - | - | 583,700 | 44,766 | 462 | - | - | 2,746 | - |
| Less: accumulated depreciation - property | - | - | (303,647) | (28,851) | (438) | - | - | (2,575) | - |
| Property, net | - | - | 280,053 | 15,915 | 24 | - | - | 171 | - |
| Goodwill, net of amort | - | 142,833 | 21,521 | 20,359 | 38,231 | - | - | - | - |
| Other intangibles, net of amort | - | - | 435,044 | 63,168 | 95,506 | - | - | - | - |
| Goodwill and intangibles | - | 142,833 | 456,565 | 83,527 | 133,737 | - | - | - | - |
| Intercompany investment | - | (504,195) | 575,802 | 35,532 | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - | - | - | - |
| Other assets | - | 6,375 | 32,525 | 3,585 | 227 | - | - | 7 | - |
| Total other assets | - | 6,375 | 32,525 | 3,585 | 227 | - | - | 7 | - |
| Total other assets | - | (354,987) | 1,064,892 | 122,644 | 133,964 | - | - | 7 | - |
| **TOTAL ASSETS** | - | (354,144) | 2,464,123 | 430,235 | 195,845 | - | - | 184 | 981 |
| **LIABILITIES** | | | | | | | | | |
| Accounts payable | - | - | 206,185 | 90,413 | - | - | - | - | - |
| AP Clearing | - | - | 4,686 | 1,974 | - | - | - | - | - |
| AP Contra - vendor rebates | - | - | (55,981) | 111 | - | - | - | - | (296) |
| Total AP | - | - | 154,890 | 92,498 | - | - | - | - | (296) |
| Accrued liabilities | - | - | 120,548 | (64) | 587 | - | - | 79 | 0 |
| **Subject to Compromise** | - | - | 1,330,945 | 57,794 | - | - | - | 7 | 2,482 |
| Liabilities held for sale | - | - | - | - | - | - | - | - | - |
| Intercompany payable | - | 250,835 | 25,856 | - | - | - | - | 3,816 | 51,905 |
| Current portion - long term debt | - | - | 1,321,594 | 10 | 16 | - | - | - | - |
| Total current liabilities | - | 250,835 | 2,953,833 | 150,238 | 603 | - | - | 3,902 | 54,091 |
| Revolving Credit Facility and other L/T debt | - | - | - | - | - | - | - | - | - |
| Senior Notes | - | - | - | - | - | - | - | - | - |
| Capital lease obligations | - | - | - | - | - | - | - | - | - |
| Total long term debt | - | - | - | - | - | - | - | - | - |
| Deferred tax liability | - | - | (10,148) | 59,805 | (4,947) | - | - | - | 1,997 |
| Other liabilities | - | - | 20,800 | 125 | 1,285 | - | - | 121 | - |
| Preferred Stock A | - | - | - | - | - | - | - | - | - |
| Preferred Stock B | - | - | - | - | - | - | - | - | - |
| PIK Preferred Stock | - | - | - | - | - | - | - | - | - |
| **TOTAL LIABILITIES** | - | 250,835 | 2,964,485 | 210,168 | (3,059) | - | - | 4,023 | 56,088 |
| **STOCKHOLDER'S EQUITY** | | | | | | | | | |
| Intercompany investment | - | - | 280,622 | 313,413 | 370,525 | - | - | - | - |
| Preferred Stock C | - | - | - | - | - | - | - | - | - |
| Accrued dividends - preferred stock C | - | - | - | - | - | - | - | - | - |
| Preferred Stock D | - | - | - | - | - | - | - | - | - |
| Accrued dividends - preferred stock D | - | - | - | - | - | - | - | - | - |
| Total Preferred Stock | - | - | - | - | - | - | - | - | - |
| Common stock A | - | - | - | - | - | - | - | - | - |
| Additional Paid in Capital | - | 507,329 | 51,775 | - | - | - | - | - | - |
| Warrants | - | - | - | - | - | - | - | - | - |
| Notes Receivable (officers) | - | - | - | - | - | - | - | - | - |
| Other Comprehensive Income | - | (83,911) | (83,911) | (7,823) | - | - | - | - | - |
| Retained Earnings | - | (1,028,398) | (748,843) | (85,523) | (171,621) | - | - | (3,839) | (55,108) |
| **TOTAL STOCKHOLDER'S EQUITY** | - | (604,980) | (500,357) | 220,067 | 198,904 | - | - | (3,839) | (55,108) |
| **TOTAL LIABILITIES AND STOCKHOLDERS EQUITY** | - | (354,145) | 2,464,128 | 430,235 | 195,845 | - | - | 184 | 980 |

| | | |
|---|---|---|
| In re: ATD Corporation, et al. | Case No. (Jointly Administered)<br>Reporting Period:<br>Federal Tax I.D. # | 18-12221 (KJC)<br>November 2018<br>27-2763683 |

**Status of Post-petition Taxes**

The above-captioned debtors (the "Debtors") hereby submit this attestation regarding Status of Post-petition Taxes in lieu of providing copies of post-petition tax payments and tax returns filed during reporting period.

I attest that each of the Debtors' taxing authorities have been paid on time when post-petition amounts become due. Also, tax returns are being filed in an orderly and timely fashion in accordance with tax return reporting deadlines.

_____
Signature of Authorized Individual

December 20, 2018
Date

Margaret Wicklund
Printed Name of Authorized Individual

Senior Vice President & Chief Accounting Officer
Title of Authorized Individual

**In re: ATD Corporation, et al.**           **Case No. (Jointly Administered)**    **18-12221 (KJC)**
                                                          **Reporting Period:**    **November 2018**

                                                            **Federal Tax I.D. #**    **27-2763683**

**Summary of Unpaid Post-petition Debts  /  Listing of Aged Accounts Payable**

Amounts in (000's)

| Unpaid Post-petition Debts [1] | Current | 0-30 | 31-60 | Over 60 | Total |
|---|---|---|---|---|---|
| **Current Liabilities** | | | | | |
| Accounts payable | $ 247,092 | $0 | $0 | $0 | $247,092 |
| **Total Post-petition Debts** | **$247,092** | **$0** | **$0** | **$0** | **$247,092** |

**Combined Debtors Summary of Unpaid Post-petition Accounts Payable Aging [2]**

| | | | Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | >91 | Total |
| Combined | $ 247,092 | $0 | $0 | $0 | $0 | $247,092 |
| | 100% | 0% | 0% | 0% | 0% | 100% |

Note:
(1) The Debtors received authority pursuant to certain first-day orders for the payment of prepetition taxes and certain other prepetition liabilities which are not included in these amounts.
(2) The post-petition accounts payable reported represent open and outstanding trade vendor invoices that have been entered into the Debtors' accounts payable system and does not include accrued liabilities or prepetition amounts that the Debtors intend to pay in accordance with various orders of the Bankruptcy Court.

| In re: ATD Corporation, et al. | Case No. (Jointly Administered) | 18-12221 (KJC) |
|---|---|---|
| | Reporting Period: | November 2018 |
| | Federal Tax I.D. # | 27-2763683 |

**Accounts Receivable Reconciliation and Aging**

Amounts in (000's)

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 285,427 |
| + Amounts billed during the period | | 280,990 |
| - Amounts collected during the period | | 291,256 |
| Total Accounts Receivable at the end of the reporting period | $ | 275,161 |

| Accounts Receivable Aging | | Amount |
|---|---|---|
| Current | | 242,228 |
| 0 - 30 days old | | 27,339 |
| 31 - 60 days old | | 2,124 |
| 61 - 90 days old | | 1,222 |
| 91+ days old | | 2,249 |
| Total Accounts Receivable[1] | $ | 275,161 |

[1] Accounts Receivable exclude $5.7MM of unapplied payments received that relate primarily to aged inventories.

**In re: ATD Corporation, et al.**  Case No. (Jointly Administered)  18-12221 (KJC)
Reporting Period:  November 2018

Federal Tax I.D. #  27-2763683

**Debtor Questionnaire**

| | Must be completed each month. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3 | Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5 | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |