## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ATD CORPORATION, *et al.*,[1] | ) | Case No. 18-12221 (KJC) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline: January 11, 2019 at 4:00 p.m. (ET)** |
|  | ) | **Hearing Date: To be scheduled if objection filed.** |

## <u>NOTICE OF FEE APPLICATION</u>

**PLEASE TAKE NOTICE** that on December 21, 2018, AlixPartners, LLP, restructuring advisor to the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), filed and served the *First Monthly Fee Statement of AlixPartners, LLP for Compensation Earned and Expenses Incurred as Restructuring Advisor to the Debtors for the Period October 4, 2018 through October 31, 2018* (the "<u>Application</u>") seeking compensation for the reasonable and necessary services rendered to the Debtors in the amount of $1,306,128.00 (80% of $1,632,660.00), and reimbursement for actual and necessary expenses in the amount of $123,801.06.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "<u>Court</u>"), on or before **January 11, 2019, at 4:00 p.m. Prevailing Eastern Time.**

The Application is submitted pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on November 1, 2018 [Docket No. 270] (the "<u>Administrative Order</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, include: ATD Corporation (3683); Accelerate Holdings Corp. (0528); American Tire Distributors Holdings, Inc. (6143); American Tire Distributors, Inc. (4594); Rubbr Automotive Services, LLC (3334); The Hercules Tire & Rubber Company (3365); Terry's Tire Town Holdings, Inc. (7464); Tire Pros Francorp (1361); and Hercules Asia Pacific, LLC (2499). The location of the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Suite 150, Huntersville, North Carolina 28078.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtors, ATD Corporation, 12200 Herbert Wayne Court, Suite 150, Huntersville, North Carolina 28078, Attn: Gail Sharps Myers, General Counsel; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Anup Sathy, P.C., Chad J. Husnick, P.C., and Spencer Winters; (iii) co-counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones; (iv) Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Timothy J. Fox; (v) counsel to the official committee of unsecured creditors, (a) Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178, Attn: Eric R. Wilson, Jason R. Adams, and Maeghan J. McLoughlin, and (b) Bebesch, Friedlander, Coplan & Aronoff LLP, 222 Delaware Avenue, Suite 801, Wilmington, Delaware 19801, Attn: Jennifer R. Hoover and Kevin M. Capuzzi; (vi) counsel to the Ad Hoc Group of Term Loan Lenders, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, Attn:  Brian S. Hermann and Jacob A. Adlerstein and Eugene Y. Park; (vii) counsel to the Ad Hoc Group of Noteholders, Akin Gump Strauss Hauer & Feld LLP, Bank of America Tower, 1 Bryant Park, New York, New York 10036, Attn: Ira S. Dizengoff, Philip C. Dublin, and Naomi Moss; (viii) counsel to the agents for the Debtors' prepetition revolving credit facility and postpetition financing facility, (a) Parker, Hudson, Rainer & Dobbs, LLP, 303 Peachtree Street N.E., Suite 3600, Atlanta, Georgia 30308, Attn:  C. Edward Dobbs and Eric W. Anderson, and (b) Richards Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn:  John H. Knight.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE ADMINISTRATIVE ORDER.

2

A HEARING ON THE APPLICATION WILL BE HELD ONLY IF OBJECTIONS OR RESPONSES ARE TIMELY FILED.

| | |
|---|---|
| Dated:  December 21, 2018<br>  Wilmington, Delaware | */s/ Joseph M. Mulvihill*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:     (302) 652-4100<br>Facsimile:      (302) 652-4400<br>Email:          ljones@pszjlaw.com<br>                     tcairns@pszjlaw.com<br>                     jmulvihill@pszjlaw.com |

- and -

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Spencer Winters (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                     anup.sathy@kirkland.com
                     chad.husnick@kirkland.com
                     spencer.winters@kirkland.com

*Counsel to the Debtors and Debtors in Possession*